# EXHIBIT

# B



**REGISTRAR OF VOTERS**
1300 South Grand Avenue, Bldg. C
Santa Ana, California 92705
(714) 567-7600
FAX (714) 567-7556
ocvote.gov

**BOB PAGE**
Registrar of Voters

Mailing Address:
P.O. Box 11298
Santa Ana, California 92711

June 16, 2025

Via email and U.S. mail

Ms. Maureen S. Riordan
Senior Counsel
Acting Chief, Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Maureen.Riordan2@usdoj.gov

Dear Ms. Riordan:

In an undated letter we received via email on June 2, 2025 and by mail on June 6, 2025, you requested the following documents from the County of Orange Registrar of Voters:

1. Records from January 1, 2020 to the present showing the number of voter registration records in Orange County cancelled because the registrant did not satisfy the citizenship requirements for voter registration.

2. Records from January 1, 2020 to the present related to each cancellation described in Request No. 1, including copies of each registrant's voter registration application, voter registration record, voting history, and related correspondence sent or received by the County of Orange Registrar of Voters in regard to the registration.

Records pertaining to 17 registrations of individuals who self-reported being non-citizens or whose ineligibility was confirmed by the Orange County District Attorney's office, and whose registrations were cancelled accordingly, are available for download on OneDrive. A link and a passcode to access the OneDrive folder will be separately emailed to you. Four of these individuals have since become U.S. citizens and re-registered to vote.

You are being provided voter registration records that pursuant to California law are not public information accessible to all members of the public. The County of Orange Registrar of Voters has determined your request for these records is for governmental

**Exhibit B**
**19**

purposes, which is an allowable use pursuant to California Elections Code Section 2194 and Title 2 of the California Code of Regulations Section 19003.

Redactions have been made to the records in accordance with California Elections Code Section 2194, California Government Code Section 7924.000 and California Government Code Section 7924.005 to exclude California driver's license and identification card numbers, social security numbers, California Secretary of State-assigned voter identification numbers, language preference, and images of registrants' signatures.

The voters' race is also redacted in accordance with Title 2 of the California Code of Regulations Section 19001(h) and California Government Code Section 7924.005. Regulation 19001(h) provides an exhaustive definition of "voter registration information," but excludes race, the disclosure of which is not required on registration applications. Furthermore, Government Code Section 7924.005 expresses the State legislature's desire to protect from disclosure information which may lead to the harassment of or discrimination against certain registered voters on the basis of such information.

California law requires the recipient of confidential voter registration information to maintain the information in a secure manner. Title 2 of the California Code of Regulations Section 19005 requires written notification of the California Secretary of State if you wish to transfer this confidential data to someone other than your employees and volunteers. To reduce the exposure or breach of the voter registration information, Title 2 of the California Code of Regulations Section 19012 requires the use of a strong and unique password to access the information and recommends using multi-factor authentication. Pursuant to California Elections Code Section 2194, you shall not display this confidential voter registration information on the internet for public access. California Elections Code Section 2188.5 prohibits sending this information outside the United States or making it available to persons outside the United States.

If you detect unauthorized use, suspected breach, or denial of service attack on the voter registration information or the system containing the voter registration information, Title 2 of the California Code of Regulations Section 19013 requires you to report this to the California Secretary of State within 24 hours.

I would also like to provide you with additional information related to how the County of Orange Registrar of Voters maintains voter registration records in compliance with State and federal law.

<u>Maintaining an accurate voter registration roll</u>

Every application for voter registration is reviewed for eligibility to vote in Orange County, including the requirement that the registrant be a U.S. citizen. For those applications lacking the citizenship self-attestation required by State and federal law, the application is rejected. As these individuals were never registered to vote, they did not need to be cancelled and are therefore not included in our responsive documents.

Willfully lying about one's eligibility to vote on a registration affidavit is a felony in California, carrying a penalty of up to three years in prison.

If evidence of an illegal registration is submitted to us, we report this to the Orange County District Attorney and/or California Secretary of State for investigation. The Registrar of Voters is not authorized by California law to investigate, regulate, or prosecute alleged voter fraud.

A report generated by our election management system that provides an accounting of all updates to voter registration records since January 1, 2020 is also being made available to you for download on OneDrive.

The Registrar of Voters updates registration records daily based on information provided by voters and official government sources. In 2024, there were 974,220 voter registration updates made to Orange County voter registration records, an average of 81,185 transactions per month.

Following the 2024 Presidential General Election, we cancelled more than 176,000 inactive voters who were sent a National Voter Registration Act Section 8(d) notice prior to the 2022 General Election.

In addition to complying with a State legal mandate to update a registration record within five business days of notification from the voter or an official government source, we also access third-party data to identify possible voter address and status changes that can be further researched to maintain accurate voter registration records. This includes comparing our voter information with consumer credit reporting agency data before all statewide elections.

As you are likely aware, a California voter's registration record cannot be modified based on third-party data. However, the Registrar of Voters does use the third-party information to contact the voter to confirm the accuracy of the information.

As a result of our daily voter file maintenance work, the percentage of ballots returned as undeliverable in 2024 was substantially lower than the national undeliverable first-class mail rate as reported by the United States Postal Service:

2024 Presidential Primary Election Ballots – 1.6 percent undeliverable
2024 Presidential General Election Ballots – 1.7 percent undeliverable
FY 2024 All First Class Mail – 4.3 percent undeliverable

Additionally, only 0.1 percent of Orange County's nearly 1.9 million active registered voters are currently required by the Help America Vote Act to provide proof of identity before they vote in the next federal election.

Finally, the Registrar of Voters website provides a summary of our voter file maintenance activities at https://ocvote.gov/registration/maintaining-an-accurate-voter-list.

**Exhibit B**
**21**

Please contact me at (714) 567-7620 or <u>bob.page@ocvote.gov</u> with any questions you may have regarding this letter. Thank you.

Sincerely,

*[signature]*

BOB PAGE
Registrar of Voters