# EXHIBIT C

Exhibit C
23

**U.S. Department of Justice**

Civil Rights Division

*Voting Section - 4CON*
*950 Pennsylvania Ave, NW*
*Washington, DC  20530*

June 17, 2025

Robert Page
Orange County Registrar of Voters
1300 South Grand Ave.
Santa Ana, CA 92705

Dear Mr. Page:

On June 2, 2025, we sent a letter advising you that we had received complaints alleging that non-citizens were receiving mail ballots in Orange County elections. In that letter we also requested information regarding your compliance with the Help America Vote Act's ("HAVA") list maintenance requirements for removal of ineligible voters. Non-citizens are not eligible to vote and are required to be removed.

On June 16, 2025, in response to our request you provided certain records alleged to show the removal of thirteen non-citizen registrations from Orange County voter rolls between 2000 and the present. You, however, redacted the registrant's California driver's license and identification card numbers, social security numbers, California Secretary of State-assigned voter identification numbers, language preference, and images of registrants' signatures. In support of those redactions you allege that you are acting in accordance with California Elections Code Section 2194, California Government Code Section 7924.000 and California Government Code Section 7924.005.

The unredacted data does not allow us to make an accurate assessment of your compliance with HAVA.  Moreover, the California statutes on which you relied to redact the information is pre-empted when it conflicts with our enforcement authority under HAVA. *See Arizona et al. v. Inter Tribal Council of Arizona, Inc., et al. Inc.,* 570 U.S. 1 (2013**).** The Attorney General has been delegated by Congress with the authority to bring a civil action in an appropriate district court for such declaratory or injunctive relief to enforce HAVA. 52 U.S.C. §21111.

By June 20, 2025, please provide the unredacted information you provided on June 16, 2025.  If you fail to provide the requested information, we intend to file a lawsuit in federal district court no later than Tuesday June 24, 2025. Please call my office before Friday, June 20, 2025, if you would like to discuss this further. I can be reached at 202-702-6110.

Thank you for your attention to this important matter.

Sincerely,

**Exhibit C**

24

*Maureen Riordan*
―――――――――――
Maureen S. Riordan
Acting Chief, Voting Section
Civil Rights Division

- 2 -

**Exhibit C**

**25**