LEON J. PAGE, COUNTY COUNSEL
REBECCA S. LEEDS, Senior Deputy (SBN 221930)
rebecca.leeds@coco.ocgov.com
SUZANNE E. SHOAI, Senior Deputy (SBN 232866)
suzy.shoai@coco.ocgov.com
400 West Civic Center Drive, Suite 202
Post Office Box 1379
Santa Ana, California 92702-1379
Telephone: (714) 834-3300
Facsimile:  (714) 560-4552

Attorneys for Defendant,
ROBERT PAGE, in his official capacity as
Registrar of Voters for Orange County

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 8:25-cv-01370-DOC-ADS |
| Plaintiff, | Assigned to: Hon. David O. Carter |
| v. | Magistrate Judge: Hon. Autumn D. Spaeth |
| ROBERT PAGE, in his official capacity as Registrar of Voters for Orange County, California, | **NOTICE OF CHANGE OF LEAD COUNSEL** |
| Defendant. | [Standing Order, 2:1-2] |
| | Action filed: June 25, 2025 |

**TO THE HONORABLE COURT, PLAINTIFF, AND PLAINTIFF'S COUNSEL:**

PLEASE TAKE NOTICE that, pursuant to this Court's Initial Standing Order [ECF No. 6], Defendant, Robert Page, ("Defendant") hereby designates Rebecca S. Leeds, Senior Deputy County Counsel, as lead counsel and the attorney to be noticed for Defendant for all proceedings set by this Court. Rebecca S. Leeds is authorized by Defendant to resolve all matters with the scope of any proceedings set by the Court. Senior Deputy County Counsel, Suzanne E. Shoai, should remain on the service list.

Defendant reserves the right to modify and/or amend this notice.

DATED: August 6, 2025

Respectfully submitted,

LEON J. PAGE, COUNTY COUNSEL
REBECCA S. LEEDS, SENIOR DEPUTY
SUZANNE E. SHOAI, SENIOR DEPUTY

By: */s/ Rebecca S. Leeds*
Rebecca S. Leeds
Suzanne E. Shoai
Attorneys for Defendant, Robert Page