Dr. Orly Taitz, ESQ

CA Lic 223433

Law Offices of Orly Taitz

29839 Santa Margarita, CA 92688

ph 949 683 5411 fax 949 766 7603

orly.taitz@gmail.com

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 11 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

United States District Court

Central District of California

| United States , | ) Case: 8:25-cv-01370 |
| Plaintiff, | ) Hon. David O. Carter Presiding |
| vs. | ) Motion for leave of court to file an |
| Robert Page, Orange County Registrar | ) Amicus Curiae in favor of the plaintiff, |
| of voters | ) United States, based on personal |
| Defendant | ) knowledge |
| | ) To be filed by Orly Taitz ESQ, |
| | ) President of Defend our Freedoms |
| | ) Foundation |
| | ) |

Movant, Dr. Orly Taitz, ESQ, the President of Defend Our Freedoms Foundation, dedicated to constitutional rights, as well as an attorney-observer during 2024 election and a former candidate for office in the state-wide elections, respectfully

move this court for leave to file an Amicus Curiae in support of the Plaintiff herein.

## DISTRICT COURTS HAVE AUTHORITY TO ACCEPT AMICUS BRIEFS.

Federal district courts possess the inherent authority to accept amicus briefs. *In re Bayshore Ford Truck Sales, Inc.*, 471 F.3d 1233, 1249 n.34 (11th Cir. 2006) ("[D]istrict courts possess the inherent authority to appoint 'friends of the court' to assist in their proceedings."); *Hoptowit v. Ray,* 682 F.2d 1237, 1260 (2d Cir. 1982); *United States ex rel. Gudur v. Deloitte Consulting Llp*, 512 F. Supp. 2d 920, 927 (S.D. Tex. 2007) ("The extent to which the court permits or denies amicus briefing lies solely within the court's discretion."). "No statute, rule, or controlling case defines a federal district court's power to grant or deny leave to file an amicus brief, . . . and in the absence of controlling authority, district courts commonly refer to [Federal Rule of Appellate Procedure] 29 for guidance." *Gudur*, 512 F. Supp. 2d at 927. "Factors relevant to the determination of whether amicus briefing should be allowed include whether the proffered information is 'timely and useful' or otherwise necessary to the administration of justice." *Id. Amici's* role is to assist the court "in cases of general public interest by making suggestions to the court, by providing supplementary assistance to existing counsel, and by insuring a complete and plenary presentation of difficult issues so that the court may reach a proper decision." *N.A.A.C.P. v. Town of Harrison*, 940 F.2d 792, 808 (3d Cir. 1991). This authority supports the Court's exercise of its discretion to accept this amici brief.

## PARTIES IN THIS CASE DO NOT OPPOSE THIS PROPOSED AMICUS

but it is clear that thousands were not previously registered to vote. It is Taitz's

understanding that this was going on at all campuses of UC and Cal. State system.

8. Thousands of students at UC and Cal State systems are not US citizens.

9. Additionally, thousands of students are citizens, but not residents of California.

The state of California charges thousands of students out of state tuition, as out of

state residents, at the same breath all of these students are allowed to vote as

California residents. These university votes significantly changed the results of the

elections in a number of congressional districts.

10. Taitz observed that nobody checks whether individuals are registered to vote in

multiple states. Nobody was requesting individuals to cancel their voter

registrations in other states before voting in California.

11. As an example, in 2010 Taitz ran for Secretary of State in Republican primary

in California against an individual by name Damon Dunn, who at the time he

registered to run for Secretary of State in California, as a Republican, was also

registered in two other states, Texas and Florida, as a Democrat. At the time, Taitz

filed a complaint with the Secretary of State of California and she filed an election

challenge in the Superior Court of California case 30-2020-00381664 before Hon.

Jeffrey Glass. In spite of a motion for expedited handling of the case, the presiding

judge postponed the case until after the general election with a promise to reverse

the results of the election if fraud is found, and later dismissed the case without any

explanation. If a person was allowed to run for Secretary of State in California,

while being registered to vote in two other states, it is likely that thousands more

out of state residents are voting in California.

12. Taitz ran for state -wide office twice. During her run for office, Taitz requested

a computer expert to analyze the data of the computer disk with voter information,

which was provided to her by the Secretary of State. Taitz attached herein

affidavits of the computer expert David Yun. (Exhibit 1 to Declaration of Orly
Taitz, affidavits of David Yun)

13. According to CA election code 2150, a voter registration is supposed to
contain a valid birth date, country of origin, first and last name, prior registration,
address, information disclosing whether the prospective voter is a felon or parolee,
a drivers license, last 4 digits of the Social Security number or an identifier
number.

14. A valid place of birth is required according to California voter registration
guide. According to expert David Yun, 685,719 California records did not have a
valid place of birth.

15. According to expert David Yun, 130, 019 voters were over 100 years old.

16. According to expert David Yun, 140,861 were likely duplicate records.

17. According to expert David Yun, when all 8 required parameters are considered,
there are likely hundreds of thousands of invalid registrations in California state-
wide data bases.

18. Furthermore, when Taitz, as an attorney-observer, visited a voting place in
Northern Irvine, north of Irvine Valley College, Taitz asked the precinct captain if
she observed any irregularities. The precinct captain stated that one woman came
to vote and the records showed that she already voted or someone else voted under
her name. Taitz asked, what are the policies and procedures in this situation. She
stated that the registrar's directions were to let everyone vote, it was flagged and
the registrar's office would sort it out later. Taitz asked, how do they sort it out. If
two people voted under the same name and one voted for Trump and another for
Harris, how do they know who is the real voter and who is the fraud and which
candidate gets the vote. The precinct captain was clueless. This is of great concern
as DOGE recently discovered 25 million active Social Security records of people

over 100 years old. It was reported that recently the Social Security administration removed from active databases 12 million Social Security numbers of individuals over 120 years old. According to the Guiness book of records, the oldest American is 114 years old (www.guinnessworldrecords.com), which means that there were at least 12 million bogus Social Security numbers in the databases. In April 2025, Elon Musk reported that DOGE identified an individual, who stole 400,000 Social Security numbers and was reselling them. Stolen Social Security numbers are used to steal from the US Treasury through multiple Social Programs, as well as to vote illegally and even run for office illegally. https://abcnews.go.com/US/elon-musks-disclosure-planned-social-security-fraud-arrest/story?id=120379202

10. As an attorney, with the help of multiple licensed investigators, Taitz compiled an attached 148 page file, (Exhibit 2 to Declaration of Orly Taitz, Evidence of Forgery and Fraud) showing that former President Obama used a Connecticut Social Security number xxx-xx-4425 of an individual born in 1890, whose death was not recorded in the SSA records. Mr. Obama used this number while residing in the White House and he inadvertently published it when he posted his tax returns on WhiteHouse.gov on April 15, 2010 at around 11am and he did not properly redact the file. (the file was redacted a few hours later, but the information was already public). This was immediately a red flag, as this was a Connecticut Social Security number and Obama was never a resident of Connecticut. Aforementioned file shows evidence of forgery in multiple other IDs and documents used by Obama, such as Selective Service Registration, long form birth certificate and others. This shows a magnitude of fraud and need for the plaintiff herein, United States of America, to examine all unredacted voter registration records not only of the voters, but also of all the candidates, who ran, specifically Barack Obama's, as he ran in 2008 and 2012.

## CONCLUSION

Based on the pleadings, attached declarations, affidavits and evidence, the court should grant a leave of court to file the Amicus Curiae at hand.

Respectfully submitted,

/s/ Dr. Orly Taitz, ESQ

Dated this 07.22.2025

/s/ Orly Taitz, ESQ

29839 Santa Margarita, ste 100

Rancho Santa Margarita, CA 92688

## CERTIFICATION

Motion at hand does not exceed 7000 words and is compliant with local rule 7-12

Dated this 07.22.2025

/s/ Orly Taitz, ESQ

29839 Santa Margarita, ste 100

**DECLARATION OF ORLY TAITZ FILED IN CONJUNCTION WITH AMICUS CURIAE
AND IN SUPPORT OF PLAINTIFF UNITED STATES IN 8:25-CV-01370 UNITED
STATES OF AMERICA V ROBERT PAGE**

1. I, Orly Taitz, am an attorney, duly licensed in the state of California.

2. Previously, I ran for state-wide office in the state of California and, as a candidate, I received a computer disk of all the voters with their information.

3. Additionally, I was one of the attorney observers for the GOP and Trump campaign in 2024 presidential election.

4. As an attorney-observer I was assigned the area of city of Irvine by the GOP coordinator.

5. I personally visited each and every voting place in the city of Irvine during the 2024 election.

6. When I visited the voting place at the University of California at Irvine I observed a large line in front of the voting place. I talked to the captain in charge of the voting place and I advised her that I am an attorney -observer. She stated that her name was Elena. I noticed that she spoke with an accent and asked where she was from. She stated that she was from Russia and I continued the conversation with her in Russian. She disclosed to me that some 80% of people waiting in line were not registered to vote. All of them were given registrations on the spot and all were allowed to vote immediately. No verification of anything was done. The directions from the registrar's office were to allow everyone to vote.

7. UCI (University of California at Irvine) has some 40,000 students.  80% of that is 32,000. I am not saying that exactly 32,000 were not previously registered, but it is clear that thousands were not previously registered to vote. It is my understanding that this was going on at all campuses of UC and Cal State system.

8. Thousands of students at UC and Cal State systems are not US citizens.

9. Additionally, thousands of students are not residents of California. The state of California charges thousands of students out of state tuition, as out of state residents, at the same breath all of these students are allowed to vote as California residents. These university votes significantly changed the results of the elections.

10. I observed that nobody checks whether individuals registered to vote in multiple states. Nobody is requesting individuals to cancel their voter registrations in other states before voting in California.

11. As an example,  in 2010 I ran for Secretary of State in Republican primary in California against an individual by name Damon Dunn, who at the time he registered to run for Secretary of State in California, as a Republican, was also registered in two other states, Texas and Florida, as a Democrat. At a time I filed a complaint with the Secretary of State of California and I filed an election challenge in the Superior Court of California case 30-2020-00381664 before Hon. Jeffrey Glass. In spite of a motion for expedited handling of the case, the presiding judge postponed the case until after the general election with a promise to reverse the results of the election if fraud is found, and later dismissed the case without any explanation.  If a person was allowed to run for Secretary of State in California, while being registered to vote in two other states, it is likely that thousands more out of state residents were voting in California.

12. I ran for state -wide office twice. During my run for office I requested a computer expert to analyze the data of the computer disk with voter information, which was provided to me by the Secretary of State. I attach herein two affidavits of the computer expert David Yun.

13.  According to CA election code 2150 a voter registration is supposed to contain a valid birth date, country of origin, first and last name, prior registration, address, information disclosing whether
   the prospective voter is a felon or parolee, a drivers license, last 4 digits of the social security number of an identifier number.

14. A valid place of birth is required according to California voter registration guide. According to expert David Yun 685,719 records did not have a valid place of birth.

15. According to expert David Yun, 130, 019 voters were over 100 years old.

16. According to expert David Yun, 140,861 were likely duplicate records.

17. According to expert David Yun, when all 8 required parameters are considered, there are likely hundreds of thousands of invalid registrations in California state-wide data bases.

18. Furthermore, when, I as an attorney-observer, I visited a voting place in Northern Irvine, north of Irvine Valley College, I asked the precinct captain if she observed any irregularities. She stated that one woman came to vote and the records showed that she already voted or someone else voted under her name. I asked, what are the policies and procedures in this situation. She stated that the registrar's directions are to let everyone vote, it is flagged and the registrar's office will sort it out. I asked, how do they sort it out. If two people voted under the same name and one voted for Trump and another for Harris, how do they know who is the real voter and who is the fraud and which candidate gets the vote. The precinct captain was clueless. This is of great concern as DOGE recently discovered 25 million active Social Security records of people over 100 years old. It was reported that recently the Social Security administration removed from active databases 12 million social security numbers of individuals over 120 years old. According to the Guiness book of records, the oldest American is 114 years old www.guinnessworldrecords.com).

19. As an attorney, with the help of multiple licensed investigators, I compiled an attached 148 page file, (Exhibit 2, Evidence of Forgery and Fraud) showing that former president Obama used a Connecticut Social Security number xxx-xx-4425 of an individual born in 1890, whose death was not recorded in the SSA records. Mr. Obama used this number while residing in the White House and he inadvertently published it when he posted his tax returns on WhiteHouse.gov on April 15, 2010 at 11am and he did not properly redact the file. (the file was redacted a few hours later, but the information was already public). This was immediately a red flag, as this was a Connecticut Social Security number and Obama was never a resident of Connecticut. Aforementioned file shows evidence of forgery in multiple other IDs and documents used by Obama, such as Selective

Service Registration, long form birth certificate and others. This shows a magnitude of fraud and need for the plaintiff herein, United States of America, to examine all unredacted voter registration records not only of the voters, but also of all the candidates, who ran, specifically Barack Obama's, as he ran in 2008 and 2012.

I, Orly Taitz, declare that all the aforementioned is true and correct to the best of my knowledge and informed belief.

/s/ Orly Taitz

07.22.2025

## AFFIDAVIT OF David Yun

I, David Yun, am over 18 years old, have personal knowledge of the foregoing and can and attest to the following

1. I have over 10 years of computer information technology knowledge.
2. I am currently a Computer Information Systems analyst.
3. I perform database and computer repair services.
4. I have an educational background in computer science from Devry University
5. I found multiple irregularities in the obtained database
6. I found multiple individuals, who have listed their place of birth as US or USA. A valid place of birth is required in 14 states as stated in PTF Appendix C.pdf of California voter registration guide.

    http://www.sos.ca.gov/elections/voter_privacy_final_report/PTF_Appendix_C.pdf

7. Attorney Orly Taitz, who was a candidate for the U.S. Senate in 2012 primary contacted me and provided a DVD of the CA voter registrations asking to analyze the data.
8. I personally performed the analysis of the database provided to me by attorney Orly Taitz
9. I found multiple irregularities in the obtained database.
10. I found the following result/ entrie(s).
    A. 685739 Records where Place of Birth is listed as US or USA.
11. According to CA Elections code 2150 every voter registration is supposed to contain a birth date of the voter, as well as other information, such as country of origin, first and last name, prior voter registration address, information disclosing whether the perspective voter is a felon or parolee, a drivers license, last four digits of the Social Security number or an identifier number
12. Based on my personal data analysis in only one of 8 parameters of verification, birth date, there are hundreds of thousands of flagrantly invalid voter registrations which need to be removed from the database, which is a suspicious voter registration, which need to be verified.

I attest that all of the information herein is true and correct to the best of my knowledge.  I declare this under the penalty of perjury.

Signed  ,

Name    David Yun

Address    3400 W THORNTON AVE, ANAHEIM, CA 92804

Sworn and subscribed before me this day

_ _ _ _ _ _ _ _ _ _ 2012.

YUIIA YUN
985243
..TY
.IFORNIA
EXPIRES
. 2016

YUIIA YUN
COMM # 1985243
ORANGE COUNTY
NOTARY PUBLIC CALIFORNIA
MY COMMISSION EXPIRES
JULY 15, 2016

## AFFIDAVIT OF David Yun

I, David Yun, am over 18 years old, have personal knowledge of the foregoing and can and attest to the following:

1. I have over 10 years of computer information technology knowledge.

2. I am currently a computer information Systems analyst.

3. I perform database and computer report services.

4. I have an educational background in computer science from Devry University.

5. I found multiple individuals who are 100 years old, 150 years old, 200 years old, who are dutifully voting in each election in an effort.

6. Attorney Orly Taitz who was a candidate for the U.S. Senate in 2012 primary contacted me and provided to me the file of the State voter registrations asking to analyze the data.

7. I personally performed the analysis of the database provided to me by attorney Orly Taitz.

8. I found multiple irregularities in the obtained database.

9. I found the following entries:

   A. 899 records without first name.

   B. 757 records without birth date.

   C. 756,21 records without place of birth.

   D. Records without an address.

   E. 143,861 possible duplicate records.

   F. 120,019 records with birth date older than 100 years.

10. According to CA Elections code 2150 every voter registration is supposed to contain a birth date of the person, full current information such as county of origin, first and last name, prior voter registration address information disclosing whether the perspective voter is a felon or parolee, a drivers license, last four digits of Social Security number or an identifier number.

11. Based on my personal data analysis in only one of 8 parameters of verification, birth date, there are hundreds of thousands of flagrantly invalid voter registrations which need to be removed from the database and there are voter registrations with birth date showing the voter to be over 100 years old, which is a step away from the registration, which need to be verified.

I attest that all of the information herein is true and correct to the best of my knowledge. I declare this under the penalty of perjury.

Name    David Yun

Address    14057 W. Thornton ave. Anaheim CA 92804

Sworn to and subscribed before me this

_____ 10 rd _____    _____ 2012



# EVIDENCE OF FRAUD AND FORGERY

# IN SOCIAL SECURITY NUMBER AND OTHER PRIMARY AND SECONDARY  IDs OF BARACK OBAMA

## INVESTIGATED AND COMPILED

## BY ATTORNEY ORLY TAITZ

## LIST OF EXHIBITS

1. Barack Obama's tax return for 2009 posted on April 15 2010, showing him using CT SSN ██████-4425 of Harry Bounel

2. Authentication affidavit  of Linda Jordan and E-Verify report showing that ██████-4425 was not assigned to Obama, "Record does not verify"

3. SSNVS report showing that Barack Obama failed SSNVS check and authentication of report by Colonel Greg Hollister

4. Affidavit of Albert Hendershot and Merlins information systems report showing Obama using a Social Security number of Harry Bounel

5. Affidavit by Licensed Investigator Susan Daniels showing Obama using invalid Social Security numbers

6. Affidavit by a senior Deportation officer John Sampson attesting that there is no legal basis for Obama to use a Connecticut Social Security number.

7. Affidavit by Chief investigator of special Investigations unit of the US coast Guard stating that Obama's alleged Selective Service Registration is a forgery with a fabricated postal stamp attached to it.

8. Stanley Ann Dunham's (Obama's mother's) passport records showing Obama listed under the last name Soebarkah in his mother's passport.

9. Affidavit of Honolulu county Senior Elections Clerk that  no birth certificate for Barack Obama was found in any hospital in Hawaii

10 Statement by the James Orenga, minister of Lands of Kenya relating to Obama's birth in Kenya.

11. Obama's biography submitted by Obama to his literary agent in 1991, stating that he was born in Kenya.

12.   Affidavit of IT expert Felicito Papa attesting to the fact that Obama's alleged birth certificate is a forgery.

13. Affidavit of Scanning and copying machine expert Douglas Vogt attesting to forgery in Obama's birth certificate.

14. An article typesetting and printing expert Paul Irey attesting to forgery in Obama's birth certificate.

15 Affidavit if typesetting and typing machines expert Charles Coombs attesting to forgery in Obama's alleged birth certificate.

16. Affidavit by Sheriff Arpaio regarding forgery in Obama's IDs.

17. Barack Obama's school registration #203 from Assisi school in Jakarta, Indonesia showing him to be Indonesian citizen and his legal last name to be Soetoro, the last name of his step father

18. Evidence of destruction and forgery of immigration/ arrival NARA records for August 1-7 1961

19. Selective Service record showing Obama committing Selective Service fraud and using a Social security number ████-4425, which was not assigned to him

20. OCON, Official certificate of Nomination for candidate for President of Al Gore, John Kerry and Barack Obama, whereby words "legally qualified to serve under the provisions of the United States Constitution" removed from Obama's certification

21 Obama's registration as an attorney in Illinois with  Obama hiding his identity under prior names and defrauding the bar, claiming not to use in the past any other names, even though he used last names Soetoro and Soebarkah

22. Barack Obama's School record from National Student clearing house, showing Obama making fraudulent statements regarding his education, as records show him attending Columbia  for 9 months only, from 09.01.1982-05.31.1983, not two years as Obama claims.

23. Picture of Obama's elementary school friend Scott Inoue, showing him and Obama together at Noelani elementary school in 1963, with notation "1963, 3rd grade". according to Obama's official biogrphy he was in Indonesia from 1967-1971 and did 1-4th grade there.

| Table of Evidence of Fraud and Forgery in Obama's IDs by Attorney Orly Taitz | Obama's claims | Proof of fraud and forgery |
|---|---|---|
| 1. Forged selective service certificate | In September 2008 2 weeks after Obama was confronted with questions of selective service his SSS application surfaced | According to affidavit of the chief investigator of the special investigations unit of the US Coast Guard (ret) and special agent with the Homeland security Jeffrey Steven Coffman (Exhibit 7), according to sheriff Arpaio Obama's SSS application is a forgery Selective service contains social Security number ████-4425, which was never assigned to Obama according to E-Verify and SSNVS |
| 2. Obama's use of a stolen Connecticut Social security number ████-4425 which was never assigned to him according to E-Verify and SSNVS | On April 15  2010 Obama posted his tax returns on line and forgot to flatten the PDF file. When the file was opened with Adobe Illustrator it became visible that Obama is using a Connecticut Social security number ████-4425.(E 1 Affidavit Felicito Papa) Research of the number showed that it was issued in 1977 to an elderly resident of Connecticut born in 1890.(E4 Affidavit of investigator Albert Hendershot) Search of Obama's SSS application shows him using the same CT SSN, which was never assigned to him | According to former officer of the Elite Scotland Yard anti organized crime and anti communist proliferation unit Neil Sankey, licensed investigator Susan Daniels (Exhibit 5) , former senior deportation officer John Sampson (Exhibit 6), Sheriff Arpaio, investigator Zullo Obama is using a Connecticut Social Security number ████-4425 which was never assigned to him according Lexis Nexis, Choice Point, E-Verify (Exhibit 2 affidavit of Linda Jordan and E-Verify report)and SSNVS (Exhibit 3 SSNVS report) According to Exhibit 4, affidavit of Albert Hendershot SSN in question was assigned to Harrison J. Bounel, born in 1890 |
| 3. Forged US Postal stamp affixed to Obama's Alleged Selective Service Application | Stamp affixed to Obama's SSS application contains 2 digit year stamp "80' | All US stamps contain four digit year stamp (Exhibit 7, Affidavit of former Chief Investigator of the Special Investigations Unit of the U.S. Coast Guard Jeffrey Stephan Coffman) |
| 4. Obama forged long form birth certificate | Obama's alleged birth certificate contains letter of different fonts and sizes | Letters of different fonts and sizes in Obama's alleged birth certificate is a clear evidence of it being a forgery, as the |

| | | document was alleged to be created in 1961 with a typewriter. It is impossible to create a document with a typewriter and have letters of different sizes and fonts. Type written document has letters of the same sizes and the same font Exhibit 13, 14, 15, 16 |
|---|---|---|
| 5 Obama's alleged birth certificate contains white halo around the letters | None of the published Hawaiian birth certificates contain a halo around words. the only BC with the white halo is Obama's | According to experts Paul Irey, Ivan Zatkowitch and Douglas Vogt white halo around the words is a sign of a computer manipulation Exhibit 13 affidavit of Douglas Vogt, 14, 15 16 |
| Obama's alleged copy of the birth certificate is a compilation of bits and pieces coming from different documents | Obama claims that the document posted on WhiteHouse.gov is a true and correct copy of his original birth certificate | Obama's copy of his alleged genuine original birth certificate represents a computer generated forgery, opens in multiple layers, which were cut and pasted from different documents Exhibit 12 Affidavit of Felicito Papa, Exhibit 13, 16Affidavit of Douglas Vogt |
| 6. Serial number of Obama's alleged BC is inconsistent with other serial numbers | Serial numbers of twins Susan and Gretchen Nordyke, who were born three days later are lower | Inconsistent serial number is another sign of forgery Exhibit 13 |
| Obama's biography shows him born in Kenya | Obama claims to be born in Hawaii | Obama's biography submitted by Obama to his own publisher Acton -Dystal and kept on line for 16 years, 1991-2007 states that he was born in Kenya. In 2007, right before the beginning of the campaign the bio was deleted Exhibit 11 |
| On March 25, 2010 during the National assembly meeting Minister of Lands of Kenya states that Obama was born in Kenya | Obama claims to be born in Honolulu, HI | James Orenga Minister of Lands of the republic of Kenya states that Obama was born in Kenya Exhibit 10 |
| Lack of any birth certificate for Obama in any hospital in Hawaii | Obama claims to be born in Kapiolani hospital in Honolulu,Hawaii | Exhibit 9, Sworn affidavit of Timothy Lee Adams, Senior Elections Clerk of the City of Honolulu and Honolulu county, attesting to the fact that it was a common knowledge among the |

| | | officials of the county Registrar that there is no birth certificate for Obama in any hospital in Hawaii |
|---|---|---|
| 7. All immigration records of passengers arriving in Hawaii | Obama claims to be born in HI | Exhibit 18 All of the immigration records of passengers arriving in Honolulu August 1-7 disappeared from NARA (National archives). Further cover-up<br><br>Upon demands for accounting the label on arrival records from August 7-14 were falsified, "7" was erased and replaced with one to give an impression that missing August 71-7 records are contained in 7-14 page |
| Forgery of the OCON (official certificate of a candidate for President) | Obama claims to be eligible, Democratic Party of Hawaii falsified the certificate of Eligibility | Democratic Party of Hawaii falsified the official certificate of a candidate, removed the words "Eligible according to the Constitution" |
| Obama was listed under a different last name in his mother's passport, was removed from his mothers passport due to foreign allegiance | Obama claims to be the Natural Born U.S. Citizen, never lost his citizenship | Exhibit 8, Passport records of Obama's mother, Stanley Ann D. Soetoro, shows Obama under a different name, Soebarkah, shows him crossed out, removed from his mother's passport due to foreign allegiance |
| In his school records | Inconsistency:<br>Obama claims to be<br><br>US citizen<br>Claims Obama to be his legal last name<br>Claims to be Christian | Exhibit 17 Obama's School registration #203 Asissi School in Jakarta Indonesia list him as a Citizen of Indonesia His last name is listed as Soetoro (his step father's last name) Religion listed as Muslim |

| | | |
|---|---|---|
| OCON (Official Certificate of a Candidate) issued by the Democratic Party of Hawaii was falsified, words "..legally qualified to serve under the provisions of the United states Constitution" were removed from Obama's OCON in order to let ineligible Obama on the ballot, while it was present in the OCON for John Kerry and Al Gore | Obama claims to be qualified under the provisions of the U.S. constitution | Exhibit 20 OCON (official Certification of a candidate) for Al Gore and John Kerry contain wording: "..legally qualified to serve under the provisions of the United states Constitution". In Obama's OCON aforementioned wording was removed and the only qualification states: "legally qualified to serve under the provisions of the National Democratic Parties balloting" |
| Evidence of fraud in the application to the to the Illinois Attorneys Bar | In his bar application Obama claimed to have never used any other names | Exhibit 21 Obama's Illinois bar application shows him committing perjury. Bar applications are made under the penalty of perjury. In his application Obama claims that he never used any other names. This is contradictory to his school registration showing him using last name Soetoro and his mother's passport records Exhibit 8 where he is listed under the last name Soebarkah |
| Modus Operandi and Pattern of fraud extends to Obama's college records | Obama claimed to have been attending Columbia university for two years | Exhibit 22 Barack Obama's college records from Student clearing House show him attending Columbia for less than one year, only 9 month. additionally there is no evidence of him residing anywhere in the US during these missing 15 months. Logical conclusion would be that his trip to Pakistan before Columbia lasted not 1month, as he claims, but 16 months. |

# EXHIBIT 1

# AFFIDAVIT

STATE OF FLORIDA )
                 )S.S.
COUNTY OF DUVAL)

I, Felicito Papa, am over 18 years old and resident of 7579 Walden Road, Jacksonville, FL 32244 with FL DL #P100-245-45-082-0. I do not suffer from any mental impairment and I competently attest to the following under the penalty of perjury:

1. I am a professional web developer having graduated with a bachelor's degree in IT from ITT Technical Institute in Indianapolis, IN. I have over ten years of experience of in web design and development and I have often used software such as Adobe Photoshop and Adobe Illustrator.

2. On April 15, 2010, the Whitehouse website, www.whitehouse.gov, released the 2009 Form 1040 of Income Tax Return of President Barack H. Obama:
http://www.whitehouse.gov/sites/default/files/president-obama-2010-complete-return.pdf

3. I downloaded this 65-page pdf file on my computer. I observed that all information about the president's and the first lady's social security numbers were redacted. All blocks or spaces for social security numbers were blank, or "white-out."

4. I submit Exhibit A (attached herewith, page 43 part of 2009 Form 1040) Form 709 U.S. Gift Tax Return of Pres. Barack Obama. The space for his social security number is redacted or blank.

5. I submit too Exhibit B (attached herewith, page 49 part of 2009 Form 1040) Form 709 U.S. Gift Tax Return of First Lady Michelle Obama. The space for her social security number is redacted or blank.

6. Then through Adobe Illustrator software, I opened Exhibit A and B and found that these two pdf files have two layers each, not just one layer. When the top layer is turned off or dragged away, the social security numbers of both persons are revealed.

7. I submit Exhibit A1 (attached herewith) Form 709 U.S. Gift Tax Return of Pres. Barack Obama with his social security number revealed. The following information are revealed:

> 1. Barack Obama's SSN: ▓▓▓▓-4425
> 2. Michelle Obama's SSN ▓▓▓▓-2302
> 3. An initial MLO on the side of Form 709
> 4. A 1/4 inch dark square with notation on it.
> 5. Preparer's SSN or PIN ▓▓▓▓0974
>    EIN 3▓▓▓▓600
>    Phone no. 312/372-0440

8.  I submit Exhibit B1 (attached herewith) Form 709 U.S. Gift Tax Return of First Lady Michelle Obama with her social security number revealed. The following information are revealed:

    1. Michelle Obama's SSN ███-██-2302
    2. Barack Obama's SSN. ███-██-4425
    3. Preparer's SSN or PIN ██████0974
       EIN ██████0600
       Phone no. 312/372-0440

9.  It is apparent that the tax preparer for Forms 709 of Pres. Obama may have forgotten to lock or flatten the covering top layers before posting them on the Internet. I later noticed that after April 15, 2010, the pdf file posted at the White House has been modified. The top layers on President Obama's Income Tax Return have been locked or flatten and could no longer be dragged out. His SSN and his wife's SSN were no longer visible.

FURTHER AFFIANT SAYETH NOT.


_____
FELICITO PAPA


SUBSCRIBED TO AND SWORN TO before me on May 23, 2013.


_____
NOTARY PUBLIC

FL DL - P100 . 245 - 45 - 082 - 0
Exp. 03/02/2020

| Form **709** | United States Gift (and Generation-Skipping Transfer) Tax Return | | OMB No. 1545-0020 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service | For gifts made during calendar year 2009 ▶ See separate instructions. | | **2009** |

| 1 Donor's first name and middle initial  BARACK H. | | 2 Donor's last name  OBAMA | 3 Donor's social security number  XXX-XX-4425 |
|---|---|---|---|
| 4 Address (number, street, and apartment number)  1600 PENNSYLVANIA AVENUE, NW | | | 6 Legal residence (domicile)  ILLINOIS |
| 6 City, state, and ZIP code  WASHINGTON, DC  20500 | | | 7 Citizenship (see instructions)  UNITED STATES |

**Part 1 - General Information**

| | | | Yes | No |
|---|---|---|---|---|
| 8 | If the donor died during the year, check here ▶ ☐ and enter date of death ▶ | | | |
| 9 | If you extended the time to file this Form 709, check here ▶ ☐ | | | |
| 10 | Enter the total number of donees listed on Schedule A. Count each person only once. ▶ | 2 | | |
| 11a | Have you (the donor) previously filed a Form 709 (or 709-A) for any other year? If "No," skip line 11b | | X | |
| b | If the answer to line 11a is "Yes," has your address changed since you last filed Form 709 (or 709-A)? | | | X |
| 12 | Gifts by husband or wife to third parties. Do you consent to have the gifts (including generation-skipping transfers) made by you and by your spouse to third parties during the calendar year considered as made one-half by each of you? (See instructions.) (If the answer is "Yes," the following information must be furnished and your spouse must sign the consent shown below. If the answer is "No," skip lines 13-18 and go to Schedule A.) | | X | |
| 13 | Name of consenting spouse  MICHELLE L. OBAMA  14 SSN ▶ | | | |
| 15 | Were you married to one another during the entire calendar year? (see instructions) | | X | |
| 16 | If 15 is "No," check whether ☐ married ☐ divorced or ☐ widowed/deceased, and give date ▶ | | | |
| 17 | Will a gift tax return for this year be filed by your spouse? (If "Yes," mail both returns in the same envelope.) | | X | |
| 18 | Consent of Spouse. I consent to have the gifts (and generation-skipping transfers) made by me and by my spouse to third parties during the calendar year considered as made one-half by each of us. We are both aware of the joint and several liability for tax created by the execution of this consent. |

Consenting spouse's signature ▶ X *Michelle Obama*   Date ▶ 4-7-10

**Part 2 - Tax Computation**

| | | | |
|---|---|---|---|
| 1 | Enter the amount from Schedule A, Part 4, line 11 | 1 | 0. |
| 2 | Enter the amount from Schedule B, line 3 | 2 | 0. |
| 3 | Total taxable gifts. Add lines 1 and 2 | 3 | 0. |
| 4 | Tax computed on amount on line 3 (see Table for Computing Gift Tax in separate instructions) | 4 | 0. |
| 5 | Tax computed on amount on line 2 (see Table for Computing Gift Tax in separate instructions) | 5 | 0. |
| 6 | Balance. Subtract line 5 from line 4 | 6 | 0. |
| 7 | Maximum unified credit (nonresident aliens, see instructions) | 7 | 345,800. |
| 8 | Enter the unified credit against tax allowable for all prior periods (from Sch. B, line 1, col. C) | 8 | |
| 9 | Balance. Subtract line 8 from line 7 | 9 | 345,800. |
| 10 | Enter 20% (.20) of the amount allowed as a specific exemption for gifts made after September 8, 1976, and before January 1, 1977 (see instructions) | 10 | |
| 11 | Balance. Subtract line 10 from line 9 | 11 | 345,800. |
| 12 | Unified credit. Enter the smaller of line 6 or line 11 | 12 | 0. |
| 13 | Credit for foreign gift taxes (see instructions) | 13 | |
| 14 | Total credits. Add lines 12 and 13 | 14 | |
| 15 | Balance. Subtract line 14 from line 6. Do not enter less than zero | 15 | 0. |
| 16 | Generation-skipping transfer taxes (from Schedule C, Part 3, col. H, Total) | 16 | |
| 17 | Total tax. Add lines 15 and 16 | 17 | 0. |
| 18 | Gift and generation-skipping transfer taxes prepaid with extension of time to file | 18 | |
| 19 | If line 18 is less than line 17, enter balance due (see instructions) | 19 | 0. |
| 20 | If line 18 is greater than line 17, enter amount to be refunded | 20 | |

Under penalties of perjury, I declare that I have examined this return, including any accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than donor) is based on all information of which preparer has any knowledge.

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Sign Here**  X _____ Signature of donor   Date 4/7/10

**Paid Preparer Use Only**

| Preparer's signature ▶ | | Date 3/30/10 | Check if self-employed ☐ | Preparer's SSN or PTIN  XXX-XX-8974 |
|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | WILLENBERG SOLHEIM HOWELL & SHAIN, PC  180 N LASALLE ST, STE 2200  CHICAGO, IL 60601 | | | EIN XX-XXX8600  Phone no. 312/372-0440 |

LHA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 12 of the separate instructions for this form.   Form **709** (2009)

1

14380330-131470-01111D       2009.03030 OBAMA, BARACK H.       01111D-1

# Form 709

Department of the Treasury
Internal Revenue Service

## United States Gift (and Generation-Skipping Transfer) Tax Return

(For gifts made during calendar year 2009)

► See separate instructions.

OMB No. 1545-0020

## 2009

### Part 1 - General Information

| | | |
|---|---|---|
| 1 Donor's first name and middle initial **MICHELLE L.** | 2 Donor's last name **OBAMA** | 3 Donor's social security number |
| 4 Address (number, street, and apartment number) **1600 PENNSYLVANIA AVENUE, NW** | | 5 Legal residence (domicile) **ILLINOIS** |
| 6 City, state, and ZIP code **WASHINGTON, DC  20500** | | 7 Citizenship (see instructions) **UNITED STATES** |

| | | Yes | No |
|---|---|---|---|
| 8 If the donor died during the year, check here ► ☐ and enter date of death �_____ , �_____ | | | |
| 9 If you extended the time to file this Form 709, check here ► ☐ | | | |
| 10 Enter the total number of donees listed on Schedule A. Count each person only once ► | | | |
| 11a Have you (the donor) previously filed a Form 709 (or 709-A) for any other year? If "No," skip line 11b | | | X |
| b If the answer to line 11a is "Yes," has your address changed since you last filed Form 709 (or 709-A)? | | | |
| 12 Gifts by husband or wife to third parties. Do you consent to have the gifts (including generation-skipping transfers) made by you and by your spouse to third parties during the calendar year considered as made one-half by each of you? (see instructions.) (If the answer is "Yes," the following information must be furnished and your spouse must sign the consent shown below. If the answer is "No," skip lines 13–18 and go to Schedule A.) | | X | |
| 13 Name of consenting spouse **BARACK H. OBAMA** | 14 SSN | | |
| 15 Were you married to one another during the entire calendar year? (see instructions) | | X | |
| 16 If 15 is "No," check whether ☐ married ☐ divorced or ☐ widowed/deceased, and give date ► | | | X |
| 17 Will a gift tax return for this year be filed by your spouse? (If "Yes," mail both returns in the same envelope.) | | | X |
| 18 Consent of Spouse. I consent to have the gifts (and generation-skipping transfers) made by me and by my spouse to third parties during the calendar year considered as made one-half by each of us. We are both aware of the joint and several liability for tax created by the execution of this consent. | | | |

Consenting spouse's signature ► _____  Date ► 4/6/10

### Part 2 - Tax Computation

| | | |
|---|---|---|
| 1 | Enter the amount from Schedule A, Part 4, line 11 | 1 | 345,800. |
| 2 | Enter the amount from Schedule B, line 3 | 2 | 0. |
| 3 | Total taxable gifts. Add lines 1 and 2 | 3 | 345,800. |
| 4 | Tax computed on amount on line 3 (see Table for Computing Gift Tax in separate instructions) | 4 | |
| 5 | Tax computed on amount on line 2 (see Table for Computing Gift Tax in separate instructions) | 5 | |
| 6 | Balance. Subtract line 5 from line 4 | 6 | |
| 7 | Maximum unified credit (nonresident aliens, see instructions) | 7 | 345,800. |
| 8 | Enter the unified credit against tax allowable for all prior periods (from Sch. B, line 1, col. C) | 8 | 0. |
| 9 | Balance. Subtract line 8 from line 7 | 9 | 345,800. |
| 10 | Enter 20% (.20) of the amount allowed as a specific exemption for gifts made after September 8, 1976, and before January 1, 1977 (see instructions) | 10 | 0. |
| 11 | Balance. Subtract line 10 from line 9 | 11 | 345,800. |
| 12 | Unified credit. Enter the smaller of line 6 or line 11 | 12 | |
| 13 | Credit for foreign gift taxes (see instructions) | 13 | |
| 14 | Total credits. Add lines 12 and 13 | 14 | |
| 15 | Balance. Subtract line 14 from line 6. Do not enter less than zero | 15 | 0. |
| 16 | Generation-skipping transfer taxes (from Schedule C, Part 3, col. H, Total) | 16 | 0. |
| 17 | Total tax. Add lines 15 and 16 | 17 | 0. |
| 18 | Gift and generation-skipping transfer taxes prepaid with extension of time to file | 18 | 0. |
| 19 | If line 18 is less than line 17, enter balance due (see instructions) | 19 | 0. |
| 20 | If line 18 is greater than line 17, enter amount to be refunded | 20 | |

**Sign Here**
Signature of donor ► _____  Date 3/30/10

**Paid Preparer Use Only**
Preparer's signature ►
Preparer's name **WINKENBERG SCHEHIN HOWELL & SHAIN, PC**
Firm's name and address **180 N LASALLE ST, STE 2200  CHICAGO, IL 60601**
Date 3/30/10
EIN
Phone no.

Under penalties of perjury, I declare that I have examined this return, including any accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than donor) is based on all information of which preparer has any knowledge.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 12 of the separate instructions for this form.

Form **709** (2009)

Attach check or money order here.

Original Tax Posting.pdf Properties    [ ⊠ ]

General    PDF    Details

Title:

Author:

Subject:

Keywords:

Created:        Thursday, April 15, 2010, 11:15:29 AM

Modified:       Thursday, April 15, 2010, 11:15:29 AM

Application:

PDF Producer:   Mac OS X 10.5.3 Quartz PDFContext

Fast Web view:  No          PDF Version:    1.3

Information on this page reflects the actual contents of
the Adobe PDF file. This page may differ from other
pages of this property sheet that display information
from the Windows file system.

OK              Cancel

| Form **709** | | United States Gift (and Generation-Skipping Transfer) Tax Return | | | |
|---|---|---|---|---|---|
| | | ► See separate instructions. | | **2009** | |

| | | |
|---|---|---|
| 1 Donor's first name and middle initial | 2 Donor's last name OBAMA | 3 Donor's social security number |
| BARACK H. | | |
| 4 Address (number, street, and apartment number) | | 5 Legal residence (domicile) |
| 1600 PENNSYLVANIA AVENUE, NW | | ILLINOIS |
| 6 City, state, and ZIP code | | 7 Citizenship (see instructions) |
| WASHINGTON, DC  20500 | | UNITED STATES |

**General Information / Part**

| | | Yes | No |
|---|---|---|---|
| 8 If the donor died during the year, check here ► ☐ and enter date of death _____ | | | |
| 9 If you extended the time to file this Form 709, check here ► ☐ | | | |
| 10 Enter the total number of donees listed on Schedule A. Count each person only once. ► 2 | | | |
| 11a Have you (the donor) previously filed a Form 709 (or 709-A) for any other year? If "No," skip line 11b | | X | |
| b If the answer to line 11a is "Yes," has your address changed since you last filed Form 709 (or 709-A)? | | | X |
| 12 Gifts by husband or wife to third parties. Do you consent to have the gifts (including generation-skipping transfers) made by you and by your spouse to third parties during the calendar year considered as made one-half by each of you? (See instructions.) If the answer is "Yes," the following information must be furnished and your spouse must sign the consent shown below. If the answer is "No," skip lines 13-18 and go to Schedule A.) | | X | |
| 13 Name of consenting spouse MICHELLE L. OBAMA | 14 SSN | | |
| 15 Were you married to one another during the entire calendar year? (see instructions) | | X | |
| 16 If 15 is "No," check whether ☐ married ☐ divorced or ☐ widowed/deceased, and give date ► | | | |
| 17 Will a gift tax return for this year be filed by your spouse? (If "Yes," mail both returns in the same envelope.) | | X | |

## Current Tax Posting.pdf Properties                    [ 🗙 ]

General   PDF   Details

Title:

Author:

Subject:

Keywords:

Created:        Thursday, April 15, 2010, 11:15:29 AM

Modified:       Thursday, April 15, 2010, 6:17:52 PM

Application:

PDF Producer:    Mac OS X 10.5.8 Quartz PDFContext

Fast Web view:   Yes              PDF Version:    1.6

Information on this page reflects the actual contents of
the Adobe PDF file. This page may differ from other
pages of this property sheet that display information
from the Windows file system.

OK         Cancel

| Form **709** | United States Gift (and Generation-Skipping Transfer) Tax Return | | OMB No. 1545-0020 |
| --- | --- | --- | --- |
| Department of the Treasury Internal Revenue Service | ( For gifts made during calendar year 2009 ) ▶ **See separate instructions.** | | **2009** |

**Part 1 - General Information**

| 1  Donor's first name and middle initial | 2  Donor's last name | 3  Donor's social security number |
| --- | --- | --- |
| BARACK H. | OBAMA | |
| 4  Address (number, street, and apartment number) | | 5  Legal residence (domicile) |
| 1600 PENNSYLVANIA AVENUE, NW | | ILLINOIS |
| 6  City, state, and ZIP code | | 7  Citizenship (see instructions) |
| WASHINGTON, DC   20500 | | UNITED STATES |

| | | Yes | No |
| --- | --- | --- | --- |
| 8  If the donor died during the year, check here ▶ ☐ and enter date of death ▶ [ : ] | | | |
| 9  If you extended the time to file this Form 709, check here ▶ ☐ | | | |
| 10  Enter the total number of donees listed on Schedule A. Count each person only once. ▶   2 | | | |
| 11a  Have you (the donor) previously filed a Form 709 (or 709-A) for any other year? If "No," skip line 11b | | X | |
| b  If the answer to line 11a is "Yes," has your address changed since you last filed Form 709 (or 709-A)? | | | X |
| 12  Gifts by husband or wife to third parties. Do you consent to have the gifts (including generation-skipping transfers) made by you and by your spouse to third parties during the calendar year considered as made one-half by each of you? (See instructions.) (If the answer is "Yes," the following information must be furnished and your spouse must sign the consent shown below. If the answer is "No," skip lines 13-18 and go to Schedule A.) | | X | |
| 13  Name of consenting spouse  MICHELLE L. OBAMA | 14  SSN | | |
| 15  Were you married to one another during the entire calendar year? (see instructions) | | X | |
| 16  If 15 is "No," check whether ☐ married ☐ divorced or ☐ widowed/deceased, and give date ▶ | | | |
| 17  Will a gift tax return for this year be filed by your spouse? (If "Yes," mail both returns in the same envelope.) | | X | |
| 18  Consent of Spouse. I consent to have the gifts and generation-skipping transfers made by me and by my spouse to third parties during the calendar year considered as made one-half by each of us. We are both aware of the joint and several liability for tax created by the execution of this consent. | | | |

Consenting spouse's signature ▶ X _Michelle Obama_    Date ▶ 4-7-10

# EXHIBIT 2

I, Linda Jordan am over 18 years old, do not suffer from any mental impairment, have personal knowledge of the facts listed below and declare under penalty of perjury:

I used the government run E-Verify System to verify the employment eligibility for Barack H Obama (Obama) and it revealed a "Notice of Mismatch" between Obama's name, birth date and Social Security Number (SSN), compared to the information the Social Security Administration has on file.

I saw Obama's Selective Service Registration (SSR) form which was available on the web at www.sss.gov and copied the SSN Obama used on that form. I also read the reports of licensed investigators Neil Sankey, Susan Daniels and the opinion of retired senior deportation officer of the department of Homeland Security John Sampson, that the SSN Obama was using was fraudulent and/or never issued to him.

Between October 2008 and May 2011, I submitted several requests to agencies and people with the legal responsibility and authority to investigate the use of forged documents and election fraud, concerning Obama's birth records and SSN. (attachment A)

To date no one with the legal responsibility and authority has responded to any of my requests.

I read part of the testimony of Marianna LaCanfora before the Committee on Ways and Means Sub Committee on Social Security in the House of Representatives dated April 14th, 2011. She explained that a SSN in conjunction with a proper identity document determine whether a person is authorized to work. LaCanfora said that the E-Verify system run by the government is a free, Internet-based system that allows employers to electronically verify the employment eligibility of their employees. The Immigration Reform and Control Act of 1986 required all employers to verify the identity and employment eligibility of all new employees regardless of citizenship or national origin.

I considered myself to be one of the employers of the President of the United States.

On July 26, 2011, I tried to enroll in the E-Verify System but it required the employer to enter data from their employees I-9 Employment Eligibility Verification Form. I have been unable to locate one for Obama.

On August 17, 2011, I went back on the E-Verify website and saw that there was a "Self-Service" function that was more streamlined and easier to use when checking an employees eligibility. I entered the name Barack H Obama, birth date August 4, 1961 and SSN ███-██-4425. This data was entered correctly. The report I got back from the SSA included a "Notice of Mismatch with Social Security Administration (SSA) Records". (attachment B)

Signed    _____

Linda Jordan  4419 So. Dawson St. Seattle WA 98118 206.723.6471

In the city of _____, County of _____

Seattle Washington                                King

Dated the ____ day of _____ ____

August        2011

Signature of the Notary _____

Date _____

Self Check , Notice of Mismatch with Social Security Administration          https: selfcheck.uscis.gov SelfCheck/USsaContact html

 

# Self Check.

## Notice of Mismatch with Social Security Administration (SSA) Records

Print              Ver en Español

### Bring this notice with you when you visit SSA.

For SSA Field Office Staff: Do not use EV-STAR: See POMS RM 10250.000ff

Obama Barack H
Name of the employee (Last Name, First Name, MI)
08/17/2011
Date of Mismatch

████-4425
Employee's Social Security Number (SSN)
2011229111431GY
Case Verification Number

Reason for this Notice

**SSN does not match.** The Social Security Number (SSN) entered in Self Check is valid, but the name and/or date of birth entered do not match SSA records

**SSN is invalid.** The Social Security Number (SSN) entered in Self Check is not a valid number

**SSA unable to confirm U.S. Citizenship.** Cannot confirm that the employee is eligible to work because the SSA records do not show that the SSN Holder is a U S  Citizen

✓ **SSA record does not verify. Other reason.** SSA found a discrepancy in the record

**SSA unable to process data.** SSA found a discrepancy in other data in the record

**Instructions**

**attachment B**

X 17 2011 8:09 AM

# EXHIBIT 3

**GREG HOLLISTER**< greg_hollister@msn.com>                    Wed  Feb 9, 2011 at 5:39 AM
To: ony.taitz@gmail.com
Cc: "John Hemenway  DC Council" <johndhemenway@comcast.net>, Larry Elgin
<iawnet.lae@gmail.com>, Susan  Private investigator <susandanielspi@aol.com>, "Linda Bent,
SONORAN NEWS" <lindabent@aol.com>

Dear Ms. Taitz,

I have been monitoring your efforts at a distance reference the eligibility of Barack Obama to serve as
POTUS. I see that you are now filing suit reference his many SSNs.

I have a copy of Obama's selective service card with the SSN affixed. I, as a small business owner,
have access to the Social Security Number Verification System. As a result, I checked the SSNVS for
the SSN Obama used for registering with Selective Service. The SSNVS search resulted in a report
sheet that states that number Obama used to register for Selective Service was never issued.

Let me be direct - i have not agreed with many of your tactics in this endeavor. However, i have
continued to follow your efforts to see where there may be synergy and this is one.

Therefore  if you think the documents will be helpful, please let me know and i will send you the PDF
files for both the Selective Service Card and the SSNVS report that states that SSN was never
issued.

Sincerely

Greg Hollister

Gregory S. Hollister, Colonel, USAF, Retired
President, Hollister Enterprises LLC

Business Services Online

www.socialsecurity.gov    BSO Main Menu    BSO Information    Contact Us    Keyboard
Navigation    Logout

# Social Security Number Verification System (SSNVS)

**SSNVS Help**

## SSN Verification Results

Employer's EIN:
Records Submitted:    1
Failed:    1
Verified Records:    0

The following table displays your submitted results. The first column indicates if the submitted record verified, failed or employee is deceased. The first five digits of the SSN will be masked for verified records and records with a verification results code of 2, 3, 4 or 6.

Verify More SSNs
What to do if an SSN fails to verify
Field Office Locator

- **Failed** - Data does not match Social Security Administration's records. Select What to do if an SSN Fails to Verify for more information.

- **Deceased** - Data matches Social Security Administration's records and our records indicate that the person is deceased. For more information, please contact our general SSA information line at 1-800-772-1213 (TDD/TTY 1-800-325-0778) or your local Social Security field office. Select Field Office Locator to find the office nearest you.

- **Verified** - Data matches Social Security Administration's records

| Results | SSN 999999999 | First Name | Middle Name | Last Name | Suffix | Date of Birth MMDDYYYY | Gender F/M | Verification Results |
|---------|---------------|------------|-------------|-----------|--------|------------------------|------------|----------------------|
| Failed | ****4425 | BARACK | - | OBAMA | - | 08041961 | M | 1 |

| Verification Results | |
|------|------------------------------|
| Code | Description |
| 1 | SSN not in file (never issued). |

Have a question? Call **1-800-772-6270** Mon. - Fri. 7AM to 7PM Eastern Time to speak with Employer Customer Service personnel. For TDD/TTY call **1-800-325-0778**

# EXHIBIT 4

**Affidavit of Albert Hendershot**

I, Albert Hendershot am a professional debt collector, I am over 18 years old, I have personal knowledge of the facts provided herein and I will be able to competently testify in court of the facts as listed in this affidavit:

1. I personally performed a search with Merlin Information Systems and http//www.acxiom.com/identity-solutions database which is routinely used by professional debt collectors

2. I found that both Barack Obama and Harry J. Bounel are listed as holders of the same Connecticut Social Security number ⬛⬛⬛-4425 and resided at the same address 5046 S. Greenwood Ave, Chicago , Illinois, Exhibit 1 attached herein is the true and correct copy of the printout from http//www.acxiom.com/identity-solutions database. Exhibit 2 attached herein is the (FOIA) Freedom of Information Act request which was completed for numident ⬛⬛⬛-4425 with Harry Bounel as the name associated with said numident ⬛⬛⬛-4425.  Exhibit 2 clearly states that the aforementioned numident belongs to Harry Bounel and not Barack H Obama as detailed in the response from the Social Security Administration dated November 2012.

3. Michelle Obama  is listed as a relative of both Harrison (Harry) J. Bounel and Barack Obama.

4. http//www.acxiom.com/identity-solutions database  shows that the last change in the record of Harry J. Bounel Social security number ⬛⬛⬛-4425  was performed by Michelle Obama in and around November 2009, who is listed as a relative of Harry J. Bounel.

I attest under the penalty of perjury that all of the foregoing is true and correct to the best of my knowledge and informed belief.

Affiant further says naught.

Signed Albert Hendershot

Dated
_Feb 1, 2013_

Signature of the Notary Public

_Luke Keim_





## SOCIAL SECURITY

Refer to:
S9H: A17967

November 16, 2012

This letter is in response to your Internet request for a Numident for Mr. Harry Bounel.

The Privacy Act of 1974 (5 U.S.C. § 552a) restricts disclosure of the information you requested. The only exception that might permit us to disclose these records to you without consent would be the exception for disclosure required by the Freedom of Information Act (FOIA) (5 U.S.C. § 552).

When we receive a request from a member of the public to release personal information about another individual from our records, we must balance the individual's privacy interest in withholding the information against the public interest in disclosing the information. We must determine whether disclosure would affect a personal privacy interest. There is clearly a substantial privacy interest in the personal details furnished to the Government. The only public interest we must consider is if the information sought would shed light on the way an agency performs its statutory duties. We may not consider the identity of the requester or the purpose for requesting the information. While there clearly is a public interest in knowing how the Social Security Administration administers the Social Security Act, disclosing records containing personal information about named individuals would not shed light on how the agency performs its statutory duties. Therefore, disclosing this information would be a clearly unwarranted invasion of personal privacy, and the FOIA (5 U.S.C. § 552(b)(6)) does not require disclosure.

If you disagree with this decision, you may request a review. Mail your appeal within 90 days after you receive this letter to the Social Security Administration, Office of Privacy and Disclosure, 617 Altmeyer Building, 6401 Security Boulevard, Baltimore, Maryland 21235. Mark the envelope "Freedom of Information Appeal."

Sincerely,

Dawn S. Wiggins

Dawn S. Wiggins
Freedom of Information Officer

# Barack H Obama aka Harrison J Bounel
# Alias Has Been Scrubbed From Databases

**03/11/2011** The alias of Harrison J Bounel is discovered sharing the same SSN and home address as Barack H Obama as of 11/2009 by AL Hendershot.

**03/11/2011** Conflicting information is discovered as to the registered Owners of 5046 S Greenwood Ave., the supposed home owned by the Obama's showing that it is not the Obama's as the true owners of the Hyde Park Mansion.

**04/20/2011** WND and Jerome Corsi re-open the case concerning 5046 S Greenwood with the article, "Why Do / Supporters Own Obama Home"

**08/14/2011** WND and Jerome Corsi re-open the case concerning the the $104,500.00 "Obama Buffer Zone" in an article, "Tax fraud suspected in Obama land deal".



As of 08/20/2011 a recent search was completed on the Obama SSN ■■■■-4425 of the same database that was used when Harrison J Bounel alias was originally discovered and the alias had been completely scrubbed and all evidence has been eliminated. The following graphic images will point that out.

**03/14/2011** Harrison J Bounel alias hits the internet as a searchable term for Barack H Obama's alias as of 2009

**05/14/2011**

The Obama Hustle Blog

www.theobamahustleblog.word press.com

Goes live exposing evidence on Barack H Obama

**05/20/2011** Al Hendershot is interviewed by TruNews Radio (with a combined 300K plus hits on youtube as of 08/2011) concerning the Obama alias of "Harrison J Bounel "and the real estate and tax fraud issues associated with 5046 S Greenwood Ave.

People Search Results (2)

Searched SSN: 042-68-XXXX

## Personal Information

BOUNEL HARRISONJ
Aliases: HARRISONJ
BOUNEL
Gender: U
SSN: 042-68-XXXX
☐ CSCORE
☠ RELATIVES

5046 S GREENWOOD AVE
CHICAGO, IL 60615

11/2009

BARBACK H OBAMA
Aliases: BARACH H
OBAMA, BARACK H
OBAMA, BAHACK
OBAMA, BARBACK
OBAMA, OBAMA BARACK
DOB: 08/1961
Gender: M
SSN: 042-68-XXXX
☐ CSCORE
☠ RELATIVES

227 6TH ST NE
WASHINGTON, DC 20002

02/2006 -
12/2006

5046 S GREENWOOD AVE
CHICAGO, IL 60615

11/2006

300 MASSACHUSETTS AVE NW
WASHINGTON, DC 20001

09/2006

5450 S EAST VIEW PARK
Apt 1
CHICAGO, IL 60615

09/2006

7436 S EUCLID AVE
CHICAGO, IL 60649

10/1997

Cell Phone(s) Available $

365 BROADWAY
Apt B1
SOMERVILLE, MA 02145

Not Available



Relatives Search Results (1)

Searched **BOUNEL HARRISONJ**

Records 1 to 1 of 1

### Personal Information

**MICHELLE L OBAMA**
Aliases: BARACK H
OBAMA MICHELLE E
OBAMA MICHELLE L
ROBINSON MICHELLE
OBAMA MICHELLE
ROBINSON ROBINSON
MICHELLE
DOB: 01/1964
Gender:
SSN: XXX-XX-XXXX
Possible Relationship:
Sister/Spouse
IS OBAMA
OBO RELATIVES

Cell Phone(s) Available $

5046 S GREENWOOD AVE
CHICAGO IL 60615            07/2005
                           12/2010

7436 S EUCLID AVE
CHICAGO IL 60649           05/2006

5450 S EAST VIEW PARK
Apt 1
CHICAGO IL 60615           02/2004

5470 S EVERETT AVE
Apt 1S
CHICAGO IL 60615           01/1997

5470 S EVER R ITT AVE
Apt 1S
CHICAGO IL 60615           Not Available

186 N LA SALLE ST
Apt 2200
CHICAGO IL 60601           Not Available

5046 S PARADE SLAVE       UNLISTED
Apt 1802
CHICAGO IL 60653           Not Available

# EXHIBIT 5

Dr. Orly Taitz, Attorney-at-Law
(California SBN 223433)
Orly Taitz Law Offices
26302 La Paz, Suite 211
Mission Viejo, California 92691
Telephone: (949) 683-5411
E-Mail: dr_taitz@yahoo.com

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA (SOUTHERN) DIVISION

| | | |
|---|---|---|
| Captain Pamela Barnett, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action: |
| | § | |
| Barack Hussein Obama, | § | **SACV09-00082-DOC (Anx)** |
| Michelle L.R. Obama, | § | |
| Hillary Rodham Clinton, Secretary of State, | § | |
| Robert M. Gates, Secretary of Defense, | § | |
| Joseph R. Biden, Vice-President and | § | |
| President of the Senate, | § | |
| Defendants. | § | |

## Affidavit of Susan Daniels

1.    My name is Susan Elizabeth Daniels. I am over 18 years old, am of sound
mind and free of any mental disease or psychological impairment of any kind or
condition.

2.    I am a citizen of the United States of America, I am 68 years old and I was
born and raised in the State of Ohio.

3.    I am licensed by the State of Ohio as a private investigator; I am president of
Daniels and Associates Investigations, Inc.,  incorporated in March 1995, license
number 65199565509.

4.    I have personal knowledge of all the facts and circumstances described herein
below and will testify in open court to all of the same.

5.    I located a social security number for Barack Hussein Obama and found that it
was issued between 1977-1979 in the State of Connecticut but as I investigated

further, I found an additional eight social security numbers. One of the numbers had
(Deceased) behind it. I was able to find the name of the person the SSN actually
belonged to and printed it from the Social Security Administration death index.

6.      I researched social security numbers for Michelle Obama. When I ran her
name, two different social security numbers appeared for her, includimg one that
does not belong to her but is listed for her at 1600 Pennsylvania Ave., Washington,
D.C.

7.      The true and correct copies I personally obtained are attached.

8.      I solemnly swear under penalty of perjury that all the facts stated and
circumstances described above are true and correct statements.

9.      I have not received any compensation for making this affidavit.

Further, Affiant saith naught.
Signed and executed in _____ Mentor _____, OH on this _19th_ day of
October, 2009.

By: _____
        Susan Elizabeth Daniels

## NOTARY'S JURAT

Susan Elizabeth Daniels appeared before me in person on this _17_ day of October, 2009, in _Mentor_ (city), _Lake County Ohio_ (state), _U.S.A_ (country) and having presented to me her driver's license and having been sworn by me duly under oath and having been admonished that she did so under penalty of perjury, she did then and there depose herself and give the above-listed statements in my presence in the form of his written affidavit.

Specifically but without limitation, Susan Elizabeth Daniels did in my presence authenticate the documents attached here as a true and correct copy of the documents she obtained and described in her affidavit.

Notary Public in the State of Ohio

Business Address of Notary: _8038 BROADMOOR, MENTOR, OA 44060_

JAMES V. LOIACONO, Attorney at Law
Notary Public, State of Ohio
My Commission Has No Expiration Date
Section 147.03 O.R.C.

My Seal Appears Above this line.

My Printed Name is: _JAMES V. LOIACONO_ ; my notarial commission or license expires on: _LIFETIME / STATEWIDE_

# SSN Verifier Plus

## SSN ⬛⬛⬛⬛4425

| Year(s) and State Issued | |
|---|---|
| Year(s) Issued: | 1977-1979 |
| State Issued: | Connecticut |

| Social Security Death Index |
|---|
| SSN not found in Social Security Death Index |

| Names Associated With SSN |
|---|
| OBAMA, BARACK |
| OBAMA, BARACK HUSSEIN |

| Dates of Birth Associated With SSN |
|---|
| 1890 |
| 08/04/1961 |
| 04/08/1961 |

Tracers Information Specialists, Inc. - Standard People Search                https://www.tracersinfo.com/SearchCentral/viewreturn.php3?parga=..

# Standard People Search

## 105 Records

**Search Criteria**

**Name:** OBAMA, BARACK

**Flags:** Arrests, Bankruptcies, Criminal Records, Evictions, Professional Licenses, Warrants

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---------|------|---------|------|-----------|-------|----|
| | OBAMA BARACK H | 295 HARVARD ST 1505    2x<br>CAMBRIDGE MA 02139-2382<br>Reported: 01/2009 - 01/01/2009<br>County: Middlesex | Map It | | | N |
| | OBAMA BARACK | 1600 PENN AVE    1x<br>WASHINGTON DC 20007<br>Reported: 12/2008 - 12/2008<br>County: District of Columbia | Map It | | | N |
| | OBAMA BARACK | 559 W GOLF RD    1x<br>ARLINGTON HTS IL 60005-3904<br>Reported: 11/2008 - 11/2008<br>County: Cook | Map It | | | N |
| | OBAMA BARACK | 56 THORNTON RD    1x<br>NEEDHAM MA 02492-4330<br>Reported: 09/2008 - 11/2008<br>County: NORFOLK | Map It | | | N |
| | OBAMA BARACK | 713 HART SENATE    1x<br>WASHINGTON DC 20510-0001<br>Reported: 11/2008 - 11/2008<br>County: District of Columbia | Map It | | | N |
| | OBAMA BARACK | 3535 OLIVE ST    1x<br>DENVER CO 80207-1523<br>Reported: 09/2008 - 11/2008<br>County: Denver | Map It | | (720)336-7722 | N |
| | OBAMA BARACK | 810 E 13TH AVE    1x<br>EUGENE OR 97401-3742<br>(POSSIBLE HIGH RISK)<br>Reported: 09/2008 - 11/2008<br>County: Lane | Map It | | | N |
| | OBAMA BARACK | 435 DALLAS AVE    1x<br>LANCASTER TX 75146<br>Reported: 09/2008 - 11/2008<br>County: Dallas | Map It | | | N |
| | OBAMA BARACK L | 1930 WALLACE ST    2x<br>PHILADELPHIA PA 19130-3220<br>Reported: 09/17/2008 - 10/03/2008<br>County: Philadelphia | Map It | | Landline:<br>(215)235-3040 | N |
| | OBAMA BARACK | 1000 NW 33 AVE    2x<br>FORT WORTH TX 76180<br>Reported: 04/2008 - 09/2008<br>County: Tarrant | Map It | -6554 | | N |
| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK | 123 MAIN ST    1x<br>CHARLESTON SC 29464<br>Reported: 08/2008 - 09/2008<br>County: Charleston | Map It | | | N |

10/2/09 9:14 AM

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 🖼 | **OBAMA BARACK HUSSEIN** | 5450 S EAST VIEW PARK PK   **1x** CHICAGO IL 60615 **Reported:** 08/20/2008 - 08/20/2008 **County:** Cook | Map It | ▓-4425 **Issued: 1977-1979 in CT** **DOB: 08/04/1961 Age: 48** | Landline: (773)684-4809 | N |
| 🖼 | **OBAMA BARACK LWYR** | 14 W ERIE ST   **1x** CHICAGO IL 60654 (POSSIBLE HIGH RISK) **Reported:** 08/20/2008 - 08/20/2008 **County:** Cook | Map It | | Cell: (312)310-0069 | N |

**E-mail:** bobama@lawmbg.com          (No IP Address Reported)          Phone: (312)751-1170

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 🖼 | **OBAMA BARACK** | NO ADDRESS REPORTED CHICAGO IL 60615 **Reported:** 08/18/2008 - 08/18/2008 **County:** Cook | | | | N |
| 🖼 | **OBAMA BARACK** | 180 N LASALLE   **1x** CHICAGO IL 60601 (POSSIBLE HIGH RISK) **Reported:** 08/18/2008 - 08/18/2008 **County:** Cook | Map It | | | N |
| 🖼 | **OBAMA BARACK** | 83775 BATES RD   **2x** JACKSON NJ 08527 **Reported:** 02/2008 - 08/2008 **County:** Ocean | Map It | 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 (DECEASED) *See* **Issued:** 1954-1955 in IA *attached "A"* | | N |
| 🖼 | **OBAMA BARACK** | 1000 33RD AVE   **1x** FORT WORTH TX 76180 **Reported:** 08/2008 - 08/2008 **County:** Tarrant | Map It | | | N |
| 🖼 | **OBAMA BARACK** | 505 FARR C   **3x** COLUMBUS GA 31907-6275 **Reported:** 01/2008 - 08/2008 **County:** Muscogee | Map It | 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 | | N |
| 🖼 | **OBAMA BARACK** | 1603 RUCKER RD   **1x** ALPHARETTA GA 30004-1435 **Reported:** 08/2008 - 08/2008 **County:** FULTON | Map It | | | N |
| 🖼 | **OBAMA BARACK HUSSEIN** | 180 N LA SALLE ST 2200   **4x** CHICAGO IL 60601-2610 (POSSIBLE HIGH RISK) **Reported:** 06/01/2007 - 06/01/2008 **County:** Cook | Map It | ▓-4425 **Issued: 1977-1979 in CT** **DOB: 08/04/1961 Age: 48** | Landline: (773)684-4809 | N |

| **Reports** | **Name** | **Address** | **Maps** | **SSN / DOB** | **Phone** | **AR** |
|---|---|---|---|---|---|---|
| 🖼 | **OBAMA BARACK** | OBAMA LN   **1x** FRANKLIN WI 53132 **Reported:** 05/2008 - 06/2008 **County:** Milwaukee | Map It | | | N |
| 🖼 | **OBAMA BARACK** | 123 WHITE HOUSE   **1x** IRVINE CA 92618 **Reported:** 06/2008 - 06/2008 **County:** ORANGE | Map It | | | N |
| 🖼 | **OBAMA BARACK** | 15 A 1A   **1x** MANALAPAN FL 33462 **Reported:** 05/2008 - 05/2008 **County:** Palm Beach | Map It | | | N |
| 🖼 | **OBAMA BARACK HUSSEIN** | 5046 S GREENWOOD AVE   **5x** CHICAGO IL 60615-2806 (POSSIBLE HIGH RISK) **Reported:** 12/01/2007 - 04/01/2008 **County:** Cook | Map It | ▓-4425 **Issued: 1977-1979 in CT** **DOB: 08/04/1961 Age: 48** | Landline: (773)684-4809 | N |

Tracers Information Specialists, Inc. - Standard People Search     https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK 1   **1x** CHICAGO IL 60615 **Reported:** 03/25/2008 - 03/25/2008 **County:** Cook | Map It | ▓4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK | NO ADDRESS REPORTED CHICAGO IL 0 **Reported:** 03/03/2008 - 03/03/2008 | | | | N |
| | OBAMA BARACK | 40 TRANSFER ST   **1x** DENVER CO 80207 **Reported:** 03/2008 - 03/2008 **County:** Denver | Map It | | Landline: (303)545-0199 | N |
| | OBAMA BARACK | 111 PENNSYLVANIA AVE   **3x** WASHINGTON UT 84780 **Reported:** 08/2007 - 02/2008 **County:** Washington | Map It | 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 | | N |
| | OBAMA BARACK | 505 FARR C   **1x** COLUMBUS GA 31907 **Reported:** 02/2008 - 02/2008 **County:** Muscogee | Map It | 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 **Issued:** 1988-1989 in AL | | N |
| | OBAMA BARACK LWYR | 14 W ERIE ST   **7x** CHICAGO IL 60610 (POSSIBLE HIGH RISK) **Reported:** 01/02/2008 - 01/02/2008 **County:** Cook | Map It | | Landline: (312)751-1170 Cell: (312)310-0069 | N |
| **E-mail:** bobama@lawmbg.com | | | (No IP Address Reported) | | Phone: (312)751-1170 | |

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK PK   **8x** CHICAGO IL 60615 **Reported:** 01/02/2008 - 01/02/2008 **County:** Cook | Map It | ▓4425 **Issued:** 1977-1979 in CT **DOB:** 04/08/1961 Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK | PO BOX 1236   **1x** PROVO UT 84603-1236 **Reported:** 01/2008 - 01/2008 **County:** Utah | | | | N |
| | OBAMA BARACK | 15 A1A   **1x** MANALAPAN FL 33434 **Reported:** 01/2008 - 01/2008 **County:** Palm Beach | Map It | 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 | | N |
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK 1   **8x** CHICAGO IL 60615 **Reported:** 11/15/2007 - 11/15/2007 **County:** Cook | Map It | ▓4425 **Issued:** 1977-1979 in CT **DOB:** 04/08/1961 Age: 48 | Landline: (773)684-4809 | N |
| | MR OBAMA BARACK H | 5046 S GREENWOOD AVE   **12x** CHICAGO IL 60615-2806 (POSSIBLE HIGH RISK) **Reported:** 07/2005 - 11/15/2007 **County:** Cook | Map It | ▓4425 **Issued:** 1977-1979 in CT **DOB:** 08/01/1961 Age: 48 | | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY   **3x** SOMERVILLE MA 02145 **Reported:** 06/01/1986 - 10/01/2007 **County:** Middlesex | Map It | ▓4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY B1   **12x** SOMERVILLE MA 02145 **Reported:** 07/17/2001 - 10/01/2007 **County:** Middlesex | Map It | ▓4425 **Issued:** 1977-1979 in CT **DOB:** 04/08/1961 Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK | 918 BAINBRIDGE ST   **1x** PHILADELPHIA PA 19147 **Reported:** 08/2007 - 08/2007 **County:** Philadelphia | Map It | | | N |

| | H | **County:** District of Columbia | | DOB: 08/04/1961 Age: 48 | | |
|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | 227 6TH ST   **8x** WASHINGTON DC 20002 **Reported:** 02/01/2006 - 02/01/2006 **County:** District of Columbia | Map It | ▓4425 **Issued:** 1977-1979 in CT **DOB:** 04/08/1961 Age: 48 | Landline: (773)684-4809 | N |

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK H AKA: OBAMA BARACK AKA: | 227 6TH ST   **2x** WASHINGTON DC 20002-6067 **Reported:** 06/01/1986 - 02/01/2006 **County:** District of Columbia | Map It | ▓4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | 684-4809 | N |

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK H | 5450 S EAST VIEW PARK 1    4x<br>CHICAGO IL 60615-5916<br>Reported: 10/1997 - 10/2002<br>County: Cook | Map<br>It | -4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | | N |
| | OBAMA BARACK H | 5450 S EAST VIEW PARK 1    1x<br>CHICAGO IL 60615<br>Reported: 07/2002 - 07/2002<br>County: Cook | Map<br>It | -4425<br>Issued: 1977-1979 in CT | | N |
| | OBAMA BARACK H | 5450 S EAST VIEW PARK 1    1x<br>CHICAGO IL 60615<br>Reported: 07/2002 - 07/2002<br>County: Cook | Map<br>It | 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<br>Issued: 1975-1976 in IL | | N |
| | OBAMA BARACK H | 365 BROADWAY    7x<br>SOMERVILLE MA 02145-2440<br>Reported: 06/01/1986 - 07/17/2001<br>County: Middlesex | Map<br>it | -4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | 684-4809 | N |
| | OBAMA BARACK HUSSEIN | 7436 S EUCLID AVE 2    8x<br>CHICAGO IL 60649<br>Reported: 11/13/2000 - 11/13/2000<br>County: Cook | Map<br>It | 4425<br>Issued: 1977-1979 in CT<br>DOB: 04/08/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK H | 7436 S EUCLID AV    8x<br>CHICAGO IL 60649-3626<br>Reported: 06/01/1986 - 11/13/2000<br>County: Cook | Map<br>It | -4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | 684-4809 | N |
| | OBAMA BARACK HUSSEIN | 5450 VIEW PA    8x<br>CHICAGO IL 60615<br>Reported: 10/01/1999 - 10/01/1999<br>County: Cook | Map<br>It | -4425<br>Issued: 1977-1979 in CT<br>DOB: 04/08/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK H | 54501 SE VIEW PK    1x<br>CHICAGO IL 60615<br>Reported: 06/01/1986 - 10/01/1999<br>County: Cook | Map<br>It | -4425<br>Issued: 1977-1979 in CT<br>DOB: 08/1961 Age: 48 | 684-4809 | N |
| | OBAMA BARACK HUSSEIN | 54501 SE VIEW PK    1x<br>CHICAGO IL 60615<br>Reported: 10/01/1999 - 10/01/1999<br>County: Cook | Map<br>It | 4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK H | 5450 S EAST VIEW PA 1    5x<br>CHICAGO IL 60615-5916<br>Reported: 06/01/1986 - 10/01/1999<br>County: Cook | Map<br>It | 4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | 684-4809<br>Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 5450 VIEW PA    1x<br>CHICAGO IL 60615<br>Reported: 10/01/1999 - 10/01/1999<br>County: Cook | Map<br>It | -4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 49798 PO BOX    1x<br>CHICAGO IL 60649<br>Reported: 09/01/1999 - 09/01/1999<br>County: Cook | | -4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | B49798 PO    1x<br>CHICAGO IL 60649<br>Reported: 09/01/1999 - 09/01/1999<br>County: Cook | Map<br>It | 4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK H | B49798 PO    2x<br>CHICAGO IL 60649<br>Reported: 09/1999 - 09/1999<br>County: Cook | Map<br>It | 4425<br>Issued: 1977-1979 in CT | | N |

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | PO BOX 49798  2x<br>CHICAGO IL 60649<br>Reported: 09/1999 - 09/1999<br>County: Cook | | 4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK SEN | 2152 E 71ST ST  7x<br>CHICAGO IL 60649<br>Reported: 05/01/1999 - 05/01/1999<br>County: Cook | Map<br>It | | Landline:<br>(773)363-1996 | N |
| | OBAMA BARACK HUSSEIN | 1440 E 52ND ST  8x<br>CHICAGO IL 60615<br>Reported: 01/01/1999 - 01/01/1999<br>County: Cook | Map<br>It | 4425<br>Issued: 1977-1979 in CT<br>DOB: 04/08/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK HUSSEIN | 1440 E 52ND ST  1x<br>CHICAGO IL 60615<br>Reported: 01/01/1999 - 01/01/1999<br>County: Cook | Map<br>It | 4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY B1  1x<br>SOMERVILLE MA 02143<br>Reported: 11/12/1997 - 11/12/1997<br>County: Middlesex | Map<br>It | 4425<br>Issued: 1977-1979 in CT | | N |
| | OBAMA BARACK H | 54501 E VIEW PARK  4x<br>CHICAGO IL 60615<br>Reported: 06/1997 - 06/1997<br>County: Cook | Map<br>It | 4425<br>Issued: 1977-1979 in CT | | N |
| | OBAMA BARACK HUSSEIN | 54501 VIEW PA  16x<br>CHICAGO IL 60615<br>Reported: 10/01/1994 - 10/01/1994<br>County: Cook | Map<br>It | 4425<br>Issued: 1977-1979 in CT<br>DOB: 04/08/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK H | 54501 SE VIEW PA  5x<br>CHICAGO IL 60615-5942<br>Reported: 06/01/1986 - 10/01/1994<br>County: Cook | Map<br>It | 4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | 684-4809 | N |
| | OBAMA BARACK H | 5450 S EAST VIEW PK 1  1x<br>CHICAGO IL 60615<br>Reported: 06/01/1986 - 10/01/1994<br>County: Cook | Map<br>It | 4425<br>Issued: 1977-1979 in CT<br>DOB: 08/1961 Age: 48 | | N |
| | OBAMA BARACK HUSSEIN | 54501 SE VIEW PA  2x<br>CHICAGO IL 60615<br>Reported: 10/01/1994 - 10/01/1994<br>County: Cook | Map<br>It | 4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK | 365 BROADWAY ST  4x<br>BOSTON MA 02111<br>(POSSIBLE HIGH RISK)<br>Reported: 08/01/1994 - 08/01/1994<br>County: Suffolk | Map<br>It | | Landline:<br>(617)623-1266 | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY ST  1x<br>BOSTON MA 02111<br>(POSSIBLE HIGH RISK)<br>Reported: 08/01/1994 - 08/01/1994<br>County: Suffolk | Map<br>It | 4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 5324 S KIMBARK AVE  8x<br>CHICAGO IL 60615<br>Reported: 12/01/1993 - 12/01/1993<br>County: Cook | Map<br>It | 4425<br>Issued: 1977-1979 in CT<br>DOB: 04/08/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK HUSSEIN | 5324 S KIMBARK AVE  1x<br>CHICAGO IL 60615<br>Reported: 12/01/1993 - 12/01/1993 | Map<br>It | 4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | Landline:<br>(773)684-4809 | N |

Tracers Information Specialists, Inc. - Standard People Search — https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | | **County:** Cook | | | | |
| | **OBAMA BARACK** | 5450 EASTVIEW PK 1    **1x**<br>CHICAGO IL 60615<br>**Reported: 08/01/1993 - 09/01/1993**<br>**County:** Cook | Map<br>It | 4425<br>**Issued: 1977-1979 in CT** | | N |
| | **OBAMA BARACK** | 7436 S EUCLID AVE    **2x**<br>CHICAGO IL 60649-3626<br>**Reported: 08/1993 - 08/1993**<br>**County:** Cook | Map<br>It | 4425<br>**Issued: 1977-1979 in CT** | | N |
| | **OBAMA BARACK HUSSEIN** | 365 W BROADWAY    **1x**<br>BOSTON MA 02127<br>(POSSIBLE HIGH RISK)<br>**Reported: 07/01/1991 - 07/01/1991**<br>**County:** Suffolk | Map<br>It | 4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/04/1961 Age: 48** | Landline:<br>(773)684-4809 | N |
| | **OBAMA BARACK H** | 5324 S KIMBARK AVE    **3x**<br>CHICAGO IL 60615-5287<br>**Reported: 06/01/1986 - 12/1990**<br>**County:** Cook | Map<br>It | 4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/04/1961 Age: 48** | | N |
| | **OBAMA BARACK HUSSEIN** | 365 BROADWAY B1    **1x**<br>SOMERVILLE MA 02145<br>**Reported: 08/01/1988 - 09/01/1988**<br>**County:** Middlesex | Map<br>It | 4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 1990** | Landline:<br>(617)623-1266 | N |
| | **OBAMA BARACK HUSSEIN** | 1N N    **1x**<br>CHICAGO IL 60615<br>**Reported: 01/01/1988 - 01/01/1988**<br>**County:** Cook | Map<br>It | 4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/04/1961 Age: 48** | Landline:<br>(773)684-4809 | N |
| | **OBAMA BARACK H** | N 1N    **2x**<br>CHICAGO IL 60615<br>**Reported: 01/1988 - 01/1988**<br>**County:** Cook | Map<br>It | 4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/04/1961 Age: 48** | | N |
| | **OBAMA BARACK HUSSEIN** | 5429 S HARPER AVE 1N    **1x**<br>CHICAGO IL 60615<br>**Reported: 10/01/1986 - 10/01/1986**<br>**County:** Cook | Map<br>It | 4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/04/1961 Age: 48** | Landline:<br>(773)684-4809 | N |
| | **OBAMA BARACK H** | 5429 S HARPER AVE 1N    **3x**<br>CHICAGO IL 60615-5548<br>**Reported: 06/01/1986 - 10/1986**<br>**County:** Cook | Map<br>It | 4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/04/1961 Age: 48** | | N |
| **Reports** | **Name** | **Address** | **Maps** | **SSN / DOB** | **Phone** | **AR** |
| | **OBAMA BARACK H** | 1440 E 52ND ST    **1x**<br>CHICAGO IL 60615-4131<br>**Reported: 04/1986 - 04/1986**<br>**County:** Cook | Map<br>It | **DOB: 08/1961 Age: 48** | | N |
| | **OBAMA BARACK H** | 5450 EASTVIEW PARK 1    **2x**<br>CHICAGO IL 60615<br>**County:** Cook | Map<br>It | 4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/1961 Age: 48** | | N |
| | **OBAMA BARACK HUSSEIN** | 365 BROADWAY B1    **2x**<br>SOMERVILLE MA 02145-2440<br>**County:** Middlesex | Map<br>It | 4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 1890** | | N |
| | **OBAMA BARACK H** | 5450 E VIEW PARK 1    **2x**<br>CHICAGO IL 60615<br>**County:** Cook | Map<br>It | 4425<br>**Issued: 1977-1979 in CT** | | N |
| | **OBAMA BARACK H** | 54501 SE VW    **2x**<br>CHICAGO IL 60615<br>**County:** Cook | Map<br>It | 4425<br>**Issued: 1977-1979 in CT**<br>**DOB: 08/04/1961 Age: 48** | 684-4809 | N |

     10/2/09 9:14 AM

Social Security Death Index Search Results                                    http://ssdi.rootsweb.ancestry.com/cgi-bin/ssdi.cgi

Welcome to RootsWeb.com Sign in

roots    *Finding our roots together.*                          AN
                                                              ancestry              DISCOVER MORE >

    Home      **Searches**    Family Trees    Mailing Lists    Message Boards    Web Sites    Passwords    Help

Type In Your Name & Get Your Instant Family Tree!

Your First Name:      Your Last Name:      Your State:
                                           Nationwide ▼      **Search »**

## Social Security Death Index Search Results

85,156,742 Records
last updated on 9-28-2009                    The key to your research
                                              Join Ancestry.com Today!

The most full-featured SSDI search engine on the internet

| | **Field** | **Value** | **Records** | **Results** |
|---|---|---|---|---|
| | SSN | 485405154 | 1 | |

Viewing 1-1 of 1

| Name | Birth | Death | Last Residence | Last Benefit | SSN | Issued | Tools | Order Record? |
|---|---|---|---|---|---|---|---|---|
| LUCILLE I BALLANTYNE | 22 Dec 1912 | 13 Sep 1998 (V) | 50140 (Lamoni, Decatur, IA) | (none specified) | 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 | Iowa | SS-5 Letter Add Post-em Search Ancestry.com | ☑ |

Viewing 1-1 of 1

(V)=(Verified) Report verified with a family member or someone acting on behalf of a family member.
(P)=(Proof) Death Certificate Observed.

You can now order the SS-5 Form for deceased individuals directly from the Social Security Administration
online at https://secure.ssa.gov/apps9/eFOIA-FEWeb/internet/main.jsp

Search
Hundreds of
Thousands
of
Family Tree

First Name:

Last Name:

Search

One    Family

| Last name | | Exact ▼ |
|---|---|---|
| First Name | | |
| Middle Name | | (initial) |
| SSN | 485405154 | |
| Last Residence | | Last Benefit |
| Zip | | |
| State | | |
| County | | |
| City | | |
| Birth | | |

# EXHIBIT 6