UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:25-cv-01370-DOC-ADS                                    Date: August 22, 2025

Title: United States of America v. Robert Page

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER DENYING ORLY TAITZ'S MOTION TO FILE AMICUS BRIEF [12]**

On August 11, 2025, Orly Taitz filed her "Motion for Leave of Court to File an Amicus Curiae in Favor of Plaintiff United States" ("Motion") (Dkt. 12). Having reviewed the Motion, the Court finds that the majority of the documents submitted are irrelevant to the present case. Moreover, Taitz's submission does not provide any germane legal analysis particularly at this stage where there are no pending motions for the Court to decide. In conclusion, the filing is not an aid to the Court and the Motion is **DENIED**.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                                Initials of Deputy Clerk: kdu

CIVIL-GEN