HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

MICHAEL E. GATES
Deputy Assistant Attorney General
Civil Rights Division

MAUREEN RIORDAN
Acting Chief, Voting Section
Civil Rights Division

BRITTANY E. BENNETT
Trial Attorney, Voting Section
Civil Rights Division

U.S. Department of Justice
4 Constitution Square
150 M. Street NE
Washington, D.C. 20002
Telephone: (202) 704-5430
Email: Brittany.Bennett@usdoj.gov

Attorneys for Plaintiff, UNITED STATES OF AMERICA

1

United States of America v. Robert Page in his official Capacity as Registrar of Voters for Orange County, California
Motion for a Stay of Action in Light of Lapse of Appropriations

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>ROBERT PAGE, in his official capacity as Registrar of Voters of Orange County, California,<br><br>Defendant(s). | CASE NO: 8:25-cv-01370-DOC-ADS<br><br>HON. DAVID O. CARTER<br><br>MOTION FOR A STAY OF ACTION IN LIGHT OF LAPSE OF APPROPRIATIONS |

### MOTION FOR A STAY OF ACTION
### IN LIGHT OF LAPSE OF APPROPRIATIONS

The United States of America hereby moves for a stay of Action in the above-captioned case.

1. At the end of the day on September 30, 2025, appropriations to the Department of Justice lapsed. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the case at bar until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations (i.e., each deadline would be extended by the total number of days of the lapse in appropriations).

5. After conferring with opposing counsel, Defendant opposes this Motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of this Action until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

DATED: October 1, 2025

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division


/s/  Michael E. Gates
MICHAEL E. GATES
Deputy Assistant Attorney General
MAUREEN RIORDAN
Acting Chief, Voting Section
BRITTANY E. BENNETT
Trial Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.141
Washington, D.C. 20002
Telephone: (202) 704-5430
Email: brittany.bennett@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2025, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ *Brittany E. Bennett*
Brittany E. Bennett
Trial Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.141
Washington, D.C. 20002
Telephone: (202) 704-5430
Email: brittany.bennett@usdoj.gov