LEON J. PAGE, COUNTY COUNSEL
SUZANNE E. SHOAI, Senior Deputy (SBN 232866)
suzy.shoai@coco.oc.gov
400 West Civic Center Drive, Suite 202
Post Office Box 1379
Santa Ana, California 92702-1379
Telephone: (714) 834-3300
Facsimile: (714) 560-4552

Attorneys for Defendant,
ROBERT PAGE, in his official capacity as
Registrar of Voters for Orange County

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT PAGE, in his official capacity as Registrar of Voters for Orange County, California,<br><br>Defendant. | Case No.: 8:25-cv-01370-DOC-ADS<br><br>Assigned to: Hon. David O. Carter<br><br>Magistrate Judge:<br>Hon. Autumn D. Spaeth<br><br>**RESPONSE TO MOTION FOR A STAY IN LIGHT OF LAPSE IN APPROPRIATIONS**<br><br>Action filed: June 25, 2025 |

Defendant, Robert Page, in his official capacity as Registrar of Voters for Orange County (hereinafter the "OC ROV"), submits this response to the Motion for a Stay in Light of Lapse in Appropriations filed by Plaintiff, the United States of America (hereinafter "Plaintiff") on October 1, 2025 [ECF No. 21] as follows:

The OC ROV does not oppose Plaintiff's Motion for a Stay, which requests that "all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations (i.e., each deadline would be extended by the total number of days of the lapse in appropriations)." However, the OC ROV respectfully requests this Court to clarify that, during the term of any stay, the response date for any outstanding

discovery and the deposition date listed in any outstanding deposition notice will be tolled. Without such clarification, there may be disputes regarding the parties' respective rights and responsibilities and Plaintiff may gain an unfair litigation advantage.

Counsel for the OC ROV proposed language clarifying that a stay applies to outstanding discovery but it appears that the parties disagree regarding how a stay would affect pending discovery that Plaintiff served in this matter. (Declaration of Suzanne E. Shoai at ¶ 3, Ex. 1.) Plaintiff has argued that because Plaintiff served discovery before requesting a stay, and because the OC ROV "is not affected by the [federal government] shutdown", "responses should be remitted as required by the FRCP." (*Ibid.*)

Plaintiff misses the point. While the OC ROV operations are not affected by the federal government shutdown, its ability to defend this action will be affected by a stay of the litigation. With a stay pending, the OC ROV will not be able to effectively litigate this case. This includes serving its own discovery, meeting and conferring on and filing a Motion for Judgment on the Pleadings and/or a Motion for Summary Judgment. As it relates to Plaintiff's recently served discovery, in particular, a stay would prevent the OC ROV from meeting and conferring on and filing a Motion for a Protective Order. A stay that only operates to limit the efforts of the OC ROV to defend this action would confer an unfair litigation advantage to the Plaintiff. The Court should not prejudice the defense by allowing Plaintiff to conduct discovery without impairment while the defense is precluded from seeking its own and further precluded from challenging the breadth and scope of Plaintiff's discovery requests before the Court.

Accordingly, the OC ROV respectfully requests that the Court add the following clarifying language to any stay order it may issue:

> During the term of the stay, the response date for any outstanding discovery and the deposition date listed in any outstanding deposition notice will be tolled.

///

///

DATED: October 1, 2025

Respectfully submitted,

LEON J. PAGE, COUNTY COUNSEL
SUZANNE E. SHOAI, SENIOR DEPUTY

By:     */s/ Suzanne E. Shoai*
Suzanne E. Shoai
Attorneys for Defendant, Robert Page