HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

MICHAEL E. GATES
Deputy Assistant Attorney General
Civil Rights Division

MAUREEN RIORDAN
Acting Chief, Voting Section
Civil Rights Division

BRITTANY E. BENNETT
Trial Attorney, Voting Section
Civil Rights Division

U.S. Department of Justice
4 Constitution Square
150 M. Street NE
Washington, D.C. 20002
Telephone: (202) 704-5430
Email: Brittany.Bennett@usdoj.gov

Attorneys for Plaintiff, UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>ROBERT PAGE, in his official capacity as Registrar of Voters of Orange County, California,<br><br>Defendant(s). | CASE NO: 8:25-cv-01370-DOC-ADS<br><br>HON. DAVID O. CARTER<br><br>NOTICE OF RELATED CASES |

## **NOTICE OF RELATED CIVIL CASES**

Pursuant to Local Rule 83-1.3, Plaintiff, UNITED STATES OF AMERICA, files this Notice of Related Civil Cases, and shows this Court the following. Plaintiff requests this Court transfer the recently filed *United States of America v. Shirley Weber et al.*, Case Number 2:25-cv-09149, to this Court before the Honorable David O. Carter so that statewide action may be heard commensurate with this County action on the same or similar legal authorities and similar facts.

Transferring that case to this Court would avoid the potential for mixed rulings in two different courts in the same district, it provides for more judicially

economical litigation and adjudication of the matters, and doing so would allow this Court to adjudicate the same legal authorities and factual issues in both cases without delay.

## BACKGROUND

1. On September 25, 2025, the United States filed an action in this court against Defendants, Shirley Weber, in her official capacity as Secretary of State of the State of California, and the State of California: *United States of America v. Shirley Weber et al.*, Case Number 2:25-cv-09149 ("California Action"). See Docket #1 in 2:25-cv-09149.

2. On September 25, 2025, the United States also filed a Notice of Related Cases (Dkt #4) notifying the Central District that there was already this case, *United States v. Robert Page, et al.*, advising that the two cases now are related as to the legal authorities at issue and the issue of voter registration and voter list maintenance requirements under federal laws.

3. On October 7, 2025, the United States was notified that the California Action was assigned to the Honorable Michael W. Fitzgerald and Magistrate Judge Margo A. Rocconi.

4. The United States believes that this assignment to Judge Fitzgerald, was an inadvertent error as the California Action arises from the same or closely related legal authorities, issues, transactions, happenings, and events to this Action assigned to Honorable David O. Carter against Robert Page, in his official capacity as Registrar of Voters for Orange County, California.

5. The California Action calls for the determination of the related or substantially similar questions of law or fact as this Action.

## FACTUAL SUMMARY

6. Both the California Action and the Orange County Action arise out of the Attorney General of the United States to enforce requirements of Section

1. 303(a) of HAVA, 52 U.S.C. § 21083(a)(2), and to enforce the list maintenance requirements of Section 8 of the NVRA, 53 U.S.C. § 20507(a)(4), with respect to the conduct of elections in Orange County, and the State of California.

7. All Defendants in both actions are subject to the requirements of HAVA and the NVRA including voter list maintenance requirements. 52 U.S.C. § 21083(a)(2) and 52 U.S.C. § 20507(a)(4), and the disclosure requirements of U.S.C. § 20507(i).

8. Section 303(a)(2)(B) of HAVA requires State election officials to ensure that the statewide computerized list of voters is accurate and current by (i) ensuring that all registered voters are included in the list, (ii) removing the names of voters who are not registered or who are ineligible to vote; and (iii) removing duplicate names from the computerized list.

9. The NVRA was enacted "to establish procedures that will increase the number of eligible citizens who register to vote in Federal elections" while "ensur[ing] that accurate and current voter registration rolls are maintained." 52 U.S.C. § 20501(b)(1),(4).

10. Section 8 of the NVRA establishes requirements for the administration of voter registration for elections for federal office in covered states, including California. Section 8(a)(4) requires each state to "conduct a program that makes a reasonable effort to remove the names of ineligible voters from the official lists of eligible voters by reason of the death of the registrant, or "a change in the residence of the registrant, in accordance with subsections (b), (c), and (d)[.]" 52 U.S.C. § 20507(a)(4)(A)-(B).

11. The Attorney General of the United States requested voter registration records from Defendants in the California Action and the Orange County Action.

12. Defendants refused to fully comply with the requests for unredacted voter registration information, concerning their voter list maintenance activities,

including the requested names, birth dates social security numbers, state identification numbers, and State assigned voter identification numbers, as required for voter registration in federal elections. See 52 U.S.C. § 21083.

13. Defendants are required to "maintain for at least 2 years and shall make available for public inspection and, where available, photocopying at a reasonable cost, all records concerning the implementation of programs and activities conducted for the purpose of ensuring the accuracy and currency of official lists of eligible voters[.]" U.S.C. § 20507(i)(1).

14. Defendants' refusal to provide unredacted information prevents the Attorney General from determining if Defendants are complying with the list maintenance requirements of both HAVA and the NVRA,

15. Pursuant to § 401 of HAVA, 52 U.S.C. 21111, the Attorney General has enforcement authority over Section 301, 302, and 303 of Title III of HAVA, including 52 U.S.C. § 21083(a)(2).

16. Pursuant to § 11 of the NVRA, 52 U.S.C. § 20510(a), the Attorney General has enforcement authority over Section 8 of the NVRA, including 52 U.S.C. § 20507(a)(4) and § 20507(i).

DATED: October 10, 2025.

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

/s/ Michael E. Gates
MICHAEL E. GATES
Deputy Assistant Attorney General
MAUREEN RIORDAN
Senior Counsel, Voting Section
BRITTANY E. BENNETT
Trial Attorney, Voting Section

|   |   |
|---|---|
| 1 | Civil Rights Division |
| 2 | U.S. Department of Justice |
|   | 4 Constitution Square |
| 3 | 150 M Street NE, Room 8.141 |
| 4 | Washington, D.C. 20002 |
|   | Telephone: (202) 704-5430 |
| 5 | Email: brittany.bennett@usdoj.gov |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2025, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ *Brittany E. Bennett*
Brittany E. Bennett
Trial Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.141
Washington, D.C. 20002
Telephone: (202) 704-5430
Email: brittany.bennett@usdoj.gov