LEON J. PAGE, COUNTY COUNSEL
SUZANNE E. SHOAI, Senior Deputy (SBN 232866)
Suzy.shoai@coco.oc.gov
DANIEL L. RICHARDS, DEPUTY (SBN 315552)
Daniel.richards@coco.oc.gov
400 West Civic Center Drive, Suite 202
Post Office Box 1379
Santa Ana, California 92702-1379
Telephone:  (714) 834-3300
Facsimile:   (714) 560-4552

Attorneys for Defendant,
ROBERT PAGE, in his official capacity as
Registrar of Voters for Orange County

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 8:25-cv-01370-DOC-ADS |
| Plaintiff, | Assigned to: Hon. David O. Carter |
| v. | Magistrate Judge: Hon. Autumn D. Spaeth |
| ROBERT PAGE, in his official capacity as Registrar of Voters for Orange County, California, | **UPDATE FOLLOWING OCTOBER 23, 2025 HEARING** |
| Defendant. | Action filed: June 25, 2025 |

Defendant, Robert Page, in his official capacity as Registrar of Voters for Orange County submits the following update in compliance with the Court's October 23, 2025, order.

Plaintiff, United States of America, and Defendant, Robert Page, in his official capacity as Registrar of Voters for Orange County (collectively, the "Parties") met and conferred and confirmed that the response deadline for all outstanding written discovery in this matter (i.e., Plaintiff United States' First Set of Continuing Interrogatories to Defendant, and Plaintiff United States' Requests for Production of Documents – Set One)

1

is continued to November 26, 2025.  The Parties also confirmed that the deposition date relating to Plaintiff's Notice of Deposition of Person Most Knowledgeable is continued to December 5, 2025.  Prior to the date of the deposition, Defendant represents that it is available to further meet and confer but unless the Notice of Deposition of Person Most Knowledgeable is withdrawn or substantially narrowed, Defendant will continue to pursue its Motion for a Protective Order.

DATED: October 24, 2025

Respectfully submitted,

LEON J. PAGE, COUNTY COUNSEL
SUZANNE E. SHOAI, SENIOR DEPUTY
DANIEL L. RICHARDS, DEPUTY

By: _____/s/ Suzanne E. Shoai_____
Suzanne E. Shoai
Attorneys for Defendant, Robert Page