**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:25-cv-01370-DOC-ADS                  Date:  November 7, 2025
        2:25-cv-09149-DOC-ADS

Title: United States of America v. Robert Page
      United States of America v. Shirley Weber et al

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Damian Velazquez for Karlen Dubon | Deborah Parker |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    NOVEMBER 6, 2025 STATUS CONFERENCE**

On November 6, 2025 the Court held a Status Conference in *United States of America v. Robert Page*, Case No. 8:25-cv-01370-DOC-ADS (the "*Page*" Case). The *Page* Case is related to *United States of America v. Shirley Weber et al*, Case No. 2:25-cv-09149-DOC-ADS (the "*Weber*" Case).

The Court **SETS** a hearing on November 17, 2025 at 9:00 AM in Courtroom One in the United States Courthouse in Los Angeles. At the hearing the Court will hear the motions to stay in the *Page* and *Weber* Cases, along with the motions to intervene in the *Weber* Case. These issues will be decided at the hearing or shortly thereafter. The Court will likely rule on the record.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:25-cv-01370-DOC-ADS                    Date: November 7, 2025
       2:25-cv-09149-DOC-ADS

                                                    Page 2

       The intervenors in the *Weber* Case are ordered to appear, and will each be afforded three to five minutes of oral argument. The Court may construe any non-appearances without good cause as a waiver of the intervenor's right to intervene.

       Counsel for Mr. Page, the State of California, and the U.S. government are all ordered to appear in-person.

       The Parties are **ORDERED** to serve this Order on all intervenors. The Parties are **ORDERED** to meet and confer regarding the best method to effect this service.

       The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                    Initials of Deputy Clerk:
                                                   dve
CIVIL-GEN