LEON J. PAGE, COUNTY COUNSEL
SUZANNE E. SHOAI, SENIOR DEPUTY (SBN 232866)
suzy.shoai@coco.ocgov.com
DANIEL L. RICHARDS, DEPUTY (SBN 315552)
daniel.richards@coco.ov.gov
400 West Civic Center Drive, Suite 202
Post Office Box 1379
Santa Ana, California 92702-1379
Telephone: (714) 834-3300
Facsimile: (714) 560-4552

Attorneys for Defendant,
ROBERT PAGE, in his official capacity as
Registrar of Voters for Orange County

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION – SANTA ANA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT PAGE, in his official capacity as Registrar of Voters for Orange County, California,<br><br>Defendant. | Case No. 8:25-cv-01370-DOC-ADS<br><br>Assigned to Hon. David O. Carter<br><br>**[ Discovery Document: Referred to Magistrate Judge Autumn D. Spaeth ]**<br><br>**DEFENDANT ROBERT PAGE'S AMENDED NOTICE OF MOTION FOR PROTECTIVE ORDER PER FRCP 26(c) RE: PLAINTIFF'S NOTICE OF DEPOSITION OF "PERSON MOST KNOWLEDGABLE" ORANGE COUNTY REGISTRAR OF VOTERS**<br><br>[Fed. R. Civ. P. 26(c), L.R. 37-2; 37-3]<br><br>**DATE:     December 10, 2025**<br>**TIME:     10:00 a.m.**<br>**PLACE:    Ctrm, 6B, 6th Floor**<br><br>Discovery Cutoff:    December 1, 2025<br>Pretrial Conference: March 9, 2026<br>Trial Date:          March 31, 2026 |

**TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** the motion for protective order per Fed. R. Civ. P. 26(c) to prohibit enforcement of Plaintiff's Rule 30(b)(6) Deposition Notice, dated September 25, 2025 and styled as "Notice of Deposition of Person Most Knowledgeable" (ECF No. 33) filed by Defendant, Robert Page, in his official capacity as Registrar of Voters for Orange County, and noticed for hearing on November 26, 2025, is reset to be heard on **December 10, 2025, at 10:00 a.m.,** or as soon thereafter as the matter may be heard, before the Honorable Magistrate Judge Autumn D. Spaeth in Courtroom 6B, 6th Floor of the above-entitled court located at 411 W. Fourth Street, Santa Ana, California 92701. The hearing is being reset, with the prior notice and consent of Plaintiff's counsel, because the Court appears to be unavailable on the previously selected November 26, 2025 date.

Respectfully submitted,

LEON J. PAGE, COUNTY COUNSEL
SUZANNE E. SHOAI, SENIOR DEPUTY
DANIEL L. RICHARDS, DEPUTY

DATED: November 12, 2025     By:     /S/ *Suzanne E. Shoai*
                                     Suzanne E. Shoai, Senior Deputy

Attorneys for Defendant
ROBERT PAGE, in his official capacity as Registrar of Voters for Orange County

OFFICES OF THE COUNTY COUNSEL
COUNTY OF ORANGE