LEON J. PAGE, COUNTY COUNSEL
SUZANNE E. SHOAI, SENIOR DEPUTY (SBN 232866)
suzy.shoai@coco.oc.gov
DANIEL L. RICHARDS, DEPUTY (SBN 315552)
daniel.richards@coco.oc.gov
400 West Civic Center Drive, Suite 202
Post Office Box 1379
Santa Ana, California 92702-1379
Telephone: (714) 834-3300
Facsimile:  (714) 560-4552

Attorneys for Defendant,
ROBERT PAGE, in his official capacity as
Registrar of Voters for Orange County

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROBERT PAGE, in his official capacity as Registrar of Voters for Orange County, California,<br><br>　　　　Defendant. | Case No. 8:25-cv-01370-DOC-ADS<br><br>Assigned to Hon. David O. Carter<br><br>Magistrate Judge Hon. Autumn D. Spaeth<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ROBERT PAGE'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>[Filed concurrently with Notice of Motion and Motion, Memorandum of Points and Authorities, Declaration of Daniel L. Richards]<br><br>DATE:　　December 15, 2025<br>TIME:　　8:30 a.m.<br>CTRM.:　　10A, 10th Floor |

　　　The Motion for Judgment on the Pleadings filed by Defendant, Robert Page, in his official capacity as Registrar of Voters for Orange County, came on for hearing on December 15, 2025 at 8:30 a.m. before the Honorable David O. Carter.  Appearances were as reflected on the record.

Defendant seeks judgment on the pleadings on the grounds that there is no genuine issue of material fact in dispute, and Defendant is entitled to judgment as a matter of law.

After considering the moving papers, all papers filed in opposition and replies thereto, and arguments of counsel, this Court rules as follows:

Defendant's Motion for Judgment on the Pleadings is hereby **GRANTED**.

The Court **ORDERS** that Judgment be entered in favor of Defendant on all causes of action with prejudice and without leave to amend.

**IT IS SO ORDERED.**

DATED: _____     _____
                                 Honorable David O. Carter
                                 United States District Court
                                 Central District of California