GRAYCE ZELPHIN (SBN 279112)
gzelphin@aclunc.org
ANGELICA SALCEDA (SBN 296152)
asalceda@aclunc.org
SHILPI AGRWAL (SBN 270749)
sagarwal@aclunc.org
ACLU FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
(415) 621-2493

JULIA A. GOMEZ (SBN 316270)
jgomez@aclusocal.org
PETER ELIASBERG (SBN 89110)
peliasberg@aclusocal.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
(213) 977-5232

Counsel for Proposed Intervenor-Defendants

*Additional counsel listed below*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT PAGE, in his official capacity as Registrar of Voters for Orange County, California,<br><br>Defendant. | Case No.: 8:25-cv-01370-DOC-ADS<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR INTERVENTION OF LEAGUE OF WOMEN VOTERS OF CALIFORNIA, LEAGUE OF WOMEN VOTERS OF ORANGE COAST, LEAGUE OF WOMEN VOTERS OF NORTH ORANGE COUNTY**<br><br>DATE: December 15, 2025<br>TIME: 8:30 AM<br>COURTROOM: 10A, 10th Floor<br>JUDGE: Hon. David O. Carter |

THERESA J. LEE (NY 5022769)*
tlee@aclu.org
SOPHIA LIN LAKIN (NY 5182076)*
slakin@aclu.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500

PATRICIA J. YAN (NY 5499173)*
pyan@aclu.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th Street NW
Washington, DC 20005
(202) 457-0800

*Application for admission pro hac vice forthcoming

1    On November 14, 2025 Proposed Intervenor-Defendants, the League of
2  Women Voters of California, the League of Women Voters of Orange Coast, and
3  the League of Women Voters of North Orange County, moved to intervene in this
4  matter. ECF No. [ ].  This Court, having considered Proposed Intervenor-
5  Defendants' motion and all other relevant information and evidence as was
6  presented to this Court in support thereof, hereby GRANTS the Motion and
7  ORDERS that Proposed Intervenor-Defendants, the League of Women Voters of
8  California, League of Women Voters Orange Coast, League of Women Voters
9  North Orange County, be entered as Intervenor-Defendants and their counsel served
10 with all relevant papers in the above-captioned action.

12 IT IS SO ORDERED on this _____ day of _____, 2025.

_____

United States District Court Judge