NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Grayce Zelphin
ACLU Foundation of Northern California
39 Drumm Street
San Francisco, CA 94111
(415) 621-2493
gzelphin@aclunc.org

ATTORNEY(S) FOR: League of Women Voters of California, et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>ROBERT PAGE, in his official capacity as Registrar of Voters for ORANGE COUNTY, CALIFORNIA,<br><br>Defendant(s) | CASE NUMBER:<br><br>8:25-cv-01370-DOC-ADS<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  League of Women Voters of California, et al.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| NONE | NONE |

November 14, 2025                         /s/ Grayce Zelphin
Date                                                  Signature

Attorney of record for (or name of party appearing in pro per):

League of Women Voters of California, et al.

CV-30 (05/13)                         **NOTICE OF INTERESTED PARTIES**