HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division
MAUREEN RIORDAN (NY No. 2058840)
Acting Chief, Voting Section
BRITTANY E. BENNETT
Trial Attorney, Voting Section
   Civil Rights Division
   United States Department of Justice
   4 Constitution Square
   150 M. Street, NE
   Washington, D.C. 20002
   Telephone: (202) 704-5430
   E-Mail: Brittany.Bennett@usdoj.gov

BILAL A. ESSAYLI
First Assistant United States Attorney
JULIE A. HAMILL (CA No. 272742)
Assistant United States Attorney
   United States Attorney's Office
   300 North Los Angeles Street, Suite 7516
   Los Angeles, California 90012
   Telephone: (213) 894-2464
   E-Mail: julie.hamill@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. ROBERT PAGE, in his official capacity as Registrar of Voters of Orange County, California, *Defendant*, | Case No. 8:25-cv-01370-DOC-ADS **JOINT STIPULATION FOR ORDER STAYING CASE** [Proposed Order filed herewith] Honorable David O. Carter United States District Judge |

# JOINT STIPULATION

The Parties hereby stipulate and agree as follows:

WHEREAS, at the hearing held on November 19, 2025, at 8:45 am in Courtroom 8A of the First Street Courthouse before the Honorable David O. Carter, during which motions to intervene were heard for this case and a related case, *United States v. Shirley Weber*, Case No. 2:25-cv-09149 (the "State Case");

WHEREAS, the parties in this case, Plaintiff United States of America and Defendant Robert Page, in his official capacity as Registrar of Voters of Orange County, California, stipulated on the record to stay this case during the pendency of the State Case, and the Honorable David O. Carter ruled orally that this case is stayed while the State Case is pending;

NOW THEREFORE, Plaintiff and Defendant request that this Court issue a written order staying this case during the pendency of the State Case.

DATED: November 20, 2025              Respectfully submitted:

| | |
|---|---|
| BILAL A. ESSAYLI<br>First Assistant United States Attorney<br>*s/ Julie A. Hamill*<br>JULIE A. HAMILL<br>Assistant United States Attorney<br>United States Attorney's Office | HARMEET K. DHILLON<br>Assistant Attorney General<br>MAUREEN RIORDAN<br>Acting Chief, Voting Section<br>*s/ Brittany Bennett*<br>BRITTANY E. BENNETT<br>Trial Attorney, Voting Section<br>Civil Rights Division<br>United States Department of Justice Attorneys for Plaintiff-Intervenor<br>UNITED STATES OF AMERICA |

Dated: November 20, 2025

County Counsel, County of Orange

By: /s *Suzanne Shoai*

Suzanne Shoai

Attorney for Defendant

1

Attestation: All signatories listed have concurred with the stipulation's content and have authorized the filing.

| | |
|---|---|
| BILAL A. ESSAYLI | HARMEET K. DHILLON |
| First Assistant United States Attorney | Assistant Attorney General |
| *s/ Julie A. Hamill* | MAUREEN RIORDAN |
| JULIE A. HAMILL | Acting Chief, Voting Section |
| Assistant United States Attorney | *s/ Brittany Bennett* |
| United States Attorney's Office | BRITTANY E. BENNETT |
| | Trial Attorney, Voting Section |
| | Civil Rights Division |
| | United States Department of Justice Attorneys for Plaintiff-Intervenor |
| | UNITED STATES OF AMERICA |