JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br>v.<br><br>ROBERT PAGE, in his official capacity as Registrar of Voters of Orange County, California,<br><br>*Defendant*, | Case No. 8:25-cv-01370-DOC-ADS<br><br>**ORDER GRANTING JOINT STIPULATION FOR ORDER STAYING CASE [43]** |

On November 19, 2025, during a hearing on motions to intervene for this case and a related case, *United States v. Shirley Weber*, Case No. 2:25-cv-09149 (the "State Case"), the Court ordered this case stayed.

On November 20, 2025, the parties submitted a joint stipulation reflecting the stay of this case while the State Case is pending, requesting a written order from the Court memorializing the stay.

The Court, having considered the parties' joint stipulation and finding good cause therefor, hereby GRANTS the Joint Stipulation For Order Staying Case, and ORDERS as follows

1. This entire case is stayed while the State Case is pending.
2. Motion for Judgment on the Pleadings (Dkt. 40) and Motion to Intervene (Dkt. 41) are denied without prejudice and may be refiled.
3. Motion to Stay (Dkt. 120 is denied as moot.

**IT IS SO ORDERED.**

Dated: November 21, 2025

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

-1-